# **EXHIBIT A**

Massapequa Public Schools
Massapequa, NY

Board of Education

September 9, 2025
6:00 PM

**Call to Order**

Present:

| Attendee Name | Title | Status | Arrived |
|---|---|---|---|
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Present | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Jordan McCaw | Assistant Superintendent | Present | |
| Ryan Ruf | Assistant Superintendent | Present | |
| Brian J. Trapani | Assistant Superintendent | Present | |
| Bryan R. Piotrowski | Assistant Superintendent | Present | |
| Michelle Walsh | Assistant Superintendent | Present | |
| Yvonne Knott | Assistant Superintendent | Present | |
| Pamela Alvarado | District Clerk | Present | |
| Greg Gillen | School Attorney | Present | |

**Minutes Approval**

1. Thursday, July 31, 2025

agreements listed below and authorizes the Board President to sign said agreements.

| | |
|---|---|
| SUNY Cortland | 08/28/2025- 06/30/2026 |
| Marist | 09/01/2025-06/30/2026 |
| SUNY Old Westbury | 08/29/2025-06/30/2026 |
| SUNY Oneota | 08/26/2025-06/30/2026 |
| SUNY Oswego | 09/01/2025-06/30/2026 |
| SUNY Potsdam | 09/01/2025-06/30/2026 |
| Touro University | 09/01/2025-06/30/2026 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Addendum Item - NYSSBA Delegate

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education appoints Kerry Wachter as a voting delegate and Danielle Ocuto as an alternate delegate to represent the Massapequa Union Free School District Board of Education at the Annual Business Meeting to be held virtually on October 16, 2025.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Distraction Free Schools - Interim Cell Phone Policy

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education approve the Interim Policy: Student Use of Internet-Enabled Devices as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Resolution to Adopt Title IX Board Policy

September 9, 2025

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :

RESOLUTION OF THE MASSAPEQUA BOARD OF EDUCATION

WHEREAS, the Massapequa Board of Education is committed to providing a safe, respectful, and supportive educational environment for all students; and

WHEREAS, Title IX of the Education Amendments of 1972 prohibits discrimination based on sex in education programs and activities that receive federal financial assistance; and

WHEREAS, Title IX states: "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance[.]"; and

WHEREAS, federal courts have determined "ignoring fundamental biological truths between the two sexes deprives women and girls of meaningful access to educational facilities." *Tennessee v. Cardona*, 24-cv-00072 at 73 (E.D. Ky. 2024); *Kansas v. U.S. Dept. of Education*, 24-cv-04041 at 23 (D. Kan. 2024) (highlighting "Congress' goals of protecting biological women in education"); and

WHEREAS, on January 20, 2025, President Donald J. Trump issued Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"; and

WHEREAS, Executive Order 14168 states: "[i]t is the policy of the United States to recognize two sexes, male and female"; " 'Sex' shall refer to an individual's immutable biological classification as either male or female"; and " 'Sex' is not a synonym for and does not include the concept of 'gender identity.'"; and

WHEREAS, Executive Order 14168 states that "[f]ederal funds shall not be used to promote gender ideology" and "each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology."; and

WHEREAS, Executive Order 14168 stated that the prior Administration's Title IX position regarding the Supreme Court's decision in *Bostock v. Clayton County* (2020) "is legally untenable and has harmed women"; and

WHEREAS, Executive Order 14168 further directed the Attorney General to "immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock v. Clayton County* (2020) to sex-based distinctions in agency activities" and "issue guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent."; and

WHEREAS, the Board recognizes its duties, obligations, and responsibilities to uphold

federal law and to safeguard the privacy, dignity, and safety of its students; and

WHEREAS, the Board recognizes that noncompliance with federal law, and in particular Title IX, may result in statutory liability, the loss of federal funding, and other federal enforcement action; and

WHEREAS, the District will continue to provide reasonable accommodations, including access to gender-neutral facilities, to ensure that all students' needs are respectfully addressed; and

NOW, THEREFORE, BE IT RESOLVED that the policy of the Massapequa Board of Education mandates that all students shall be required to use facilities-including restrooms and locker rooms-that correspond with the students' sex as defined under Title IX and federal law.

BE IT FURTHER RESOLVED that any student who requests an alternative arrangement shall be provided access to a designated gender-neutral facility, but shall not be permitted to use facilities designated for the opposite sex; and

BE IT FURTHER RESOLVED that the Superintendent of Schools is hereby directed to revise district policies, procedures, and communications to reflect full compliance with Title IX and federal law; to provide appropriate staff training; and to ensure transparency in how the policy will be implemented and enforced

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Addendum Item - Declaratory Action Resolution

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education hereby authorizes its special counsel, Nicholas Rigano and Holtzman Vogel, to commence litigation in Federal and/or State court for declaratory relief regarding potential Federal civil rights actions.

## Correspondence

1 Correspondence

Correspondence was received from Mr. Dan, Michelle Santoro and Joseph Cangeleri.

## Advocacy Liaison Updates

1 Advocacy Liaison Update - Mrs. Ocuto