# EXHIBIT B

Massapequa Public Schools
Massapequa, NY

Board of Education

September 18, 2025
8:15 PM

**Call to Order**

Present:

| Attendee Name | Title | Status | Arrived |
|---|---|---|---|
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Present | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Jordan McCaw | Assistant Superintendent | Excused | |
| Ryan Ruf | Assistant Superintendent | Excused | |
| Brian J. Trapani | Assistant Superintendent | Excused | |
| Bryan R. Piotrowski | Assistant Superintendent | Excused | |
| Michelle Walsh | Assistant Superintendent | Excused | |
| Yvonne Knott | Assistant Superintendent | Excused | |
| Pamela Alvarado | District Clerk | Present | |
| Greg Gillen | School Attorney | Present | |
| Nick Rigano | Attorney | Present | |
| Oliver Roberts | Attorney | Remote | |
| Susan Greene | Attorney | Remote | |

**Informational Items**

1 Executive Session

Mrs. Wachter called the meeting to order at 8:20 p.m. On a motion by Mrs. Caramore and seconded by Mrs. Lepre, the meeting moved to executive session for the purpose of consulting with attorneys regarding litigation matters. The meeting was reconvened at 11:20 p.m. to pass the resolution and on a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting adjourned at 11:23 p.m.

**Resolutions**

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Addendum Item - Title IX Resolution

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
Whereas on September 9, 2025 the Board of Education passed a resolution establishing that the policy of the Massapequa Board of Education mandates that all students shall be required to use facilities including restrooms and locker rooms - that corresponds with the students' sex as defined under Title IX and federal law.

Now, Therefore, Be it Resolved, that the Board of Education hereby directs the Superintendent of Schools to enforce and carry out all of the requirements of the Board of Education's above referenced resolution of September 9, 2025.