# **EXHIBIT C**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

New York State
EDUCATION DEPARTMENT
Knowledge › Skill › Opportunity

DR. BETTY A. ROSA

Commissioner of Education
President of the University of the State of New York

September 24, 2025

Kerry Wachter
President, BOE Massapequa UFSD
4925 Merrick Road
Massapequa, New York 11758

Board President Wachter:

We write regarding the Massapequa Board of Education's adoption of a resolution implicating the rights of transgender students. On September 9, 2025, the board adopted a resolution announcing its intention to restrict the rights of transgender students (and, presumably, adults) to utilize school facilities in accordance with their gender identity. The resolution repeatedly invokes Executive Order 14168, issued on January 20, 2025.

On September 18, 2025, the board held an executive session, ultimately issuing a directive calling on the superintendent to enforce the board's policy. We have become aware that on September 22, 2025, a school security guard identified and singled out a student who is transgender, ordering the student to no longer use facilities consistent with the student's gender identity. As far as we are aware, that one student is the only transgender student in the district who had used facilities consistent with their gender identity.

As you are aware, following various Executive Orders, the State Department of Education and the Office of the Attorney General issued a joint statement on the rights of transgender students in February 2025.[1] That statement explains that New York State law protects transgender individuals, including students, from discriminatory treatment. There is no federal law to the contrary. The Executive

[1] Joint Statement of the Office of the Attorney General and the State Education Department Regarding Transgender Students' Rights, https://www.nysed.gov/sites/default/files/nysed-oag-joint-statement-regarding-transgender-students.pdf.

Order referenced in the board's resolution does not impose new obligations on states or school districts—and certainly does not require them to violate state laws prohibiting discrimination.

Our offices have been, and continue to, implement the Legislature's imperative that New York be a State free from discrimination on the basis of gender identity and expression.[2] Should the board adopt and implement a resolution that is inconsistent with state law, please be aware that enforcement actions may result.

Sincerely,

<table>
<tr><td><u>/s/ Matthew Faiella</u></td><td><u>/s/ Daniel Morton-Bentley</u></td></tr>
<tr><td>Matthew Faiella<br>Special Counsel for LGBTQIA+ Rights<br>Civil Rights Bureau<br>Office of the New York State Attorney General<br>28 Liberty St., New York, NY 10005</td><td>Daniel Morton-Bentley<br>Counsel & Deputy Comm'r<br>NY State Education Department<br>89 Washington Ave.<br>Albany, NY 12234</td></tr>
</table>

[2] *See* Gender Expression Non-Discrimination Act, S.1047/A.747, 239th Leg., Reg. Sess. (N.Y. 2019).

## Nick Rigano

**From:** Daniel Morton-Bentley <Daniel.Morton-Bentley@nysed.gov>
**Sent:** Wednesday, September 24, 2025 11:28 AM
**To:** Johanna Miller
**Subject:** FW: OAG/SED Letter re: Board Resolution
**Attachments:** 2025.09.24_Joint Letter_Massapequa.pdf

FYI

---

**From:** Daniel Morton-Bentley
**Sent:** Wednesday, September 24, 2025 11:28 AM
**To:** Board of Education <boe@msd.k12.ny.us>; kwachter@msd.k12.ny.us
**Cc:** Faiella, Matthew <matthew.faiella@ag.ny.gov>
**Subject:** OAG/SED Letter re: Board Resolution

President Wachter:

Attached is a joint letter from the Office of the Attorney General and State Education Department regarding this matter.

Daniel Morton-Bentley
Counsel & Deputy Commissioner
New York State Education Department
89 Washington Ave.
Albany, NY 12234
Phone: (518) 474-6400
Fax: (518) 474-1940