# <u>EXHIBIT I</u>

**Nick Rigano**

| | |
|---|---|
| **From:** | Lynch, Helena <Helena.Lynch@ag.ny.gov> |
| **Sent:** | Monday, August 31, 2026 5:19 PM |
| **To:** | Nick Rigano |
| **Cc:** | Susan Greene; Faiella, Matthew |
| **Subject:** | Re: Massapequa Union Free School District v. Rosa et al., Case No. 25-5892 (EDNY) |

Ok, thank you for letting us know.

Get Outlook for iOS

---

**From:** Nick Rigano <nrigano@riganollc.com>
**Sent:** Monday, 31 August 2026 15:51:43
**To:** Lynch, Helena <Helena.Lynch@ag.ny.gov>
**Cc:** Susan Greene <sgreene@holtzmanvogel.com>; Faiella, Matthew <Matthew.Faiella@ag.ny.gov>
**Subject:** RE: Massapequa Union Free School District v. Rosa et al., Case No. 25-5892 (EDNY)

Hi Helena

Due to unforeseen circumstances, we will be filing tomorrow. Thank you and safe travels.

Nick


Nick Rigano, Esq.
RIGANO LLC
534 Broad Hollow Road
Suite 100
Melville, New York 11747
Tel: 516.241.4543
www.RiganoLLC.com


---

**From:** Lynch, Helena <Helena.Lynch@ag.ny.gov>
**Sent:** Friday, August 28, 2026 6:18 PM
**To:** Nick Rigano <nrigano@riganollc.com>
**Cc:** Susan Greene <sgreene@holtzmanvogel.com>; Faiella, Matthew <Matthew.Faiella@ag.ny.gov>
**Subject:** Re: Massapequa Union Free School District v. Rosa et al., Case No. 25-5892 (EDNY)

Thank you Nick. Can you include Matt Faiella (cc'd here) on correspondence going forward?

I understand if you can't answer this, but do you have an idea of the volume of papers you will file? I'm going to be dealing with a challenging turnaround time.

Get Outlook for iOS

---

**From:** Nick Rigano <nrigano@riganollc.com>
**Sent:** Friday, 28 August 2026 16:48:06
**To:** Lynch, Helena <Helena.Lynch@ag.ny.gov>

**Cc:** Susan Greene <sgreene@holtzmanvogel.com>
**Subject:** Massapequa Union Free School District v. Rosa et al., Case No. 25-5892 (EDNY)

[EXTERNAL]

Hi Helena:

Thank you for returning my call. As we discussed, the Plaintiffs will be moving in the above-referenced case for a temporary restraining order and preliminary injunction on Monday (August 31, 2026) before the Honorable Joan M. Azrack, United States District Judge, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, Courtroom 920. We will email you the papers once they are filed.

We will inform the Court that you are available to argue the temporary restraining order after 12:00 pm on Tuesday, September 1, 2026, but not before then. We will also inform the Court of your preference to have the hearing conducting virtually or telephonically.

Thank you.

Regards,
Nick

Nick Rigano, Esq.
RIGANO LLC
534 Broad Hollow Road
Suite 100
Melville, New York 11747
Tel: 516.241.4543
www.RiganoLLC.com

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.