**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION,

Plaintiffs,

-against-

BETTY A. ROSA, in her official capacity as Commissioner of Education, DENISE M. MIRANDA, in her official capacity as Commissioner of the New York State Division of Human Rights, LETITIA A. JAMES, in her official capacity as Attorney General of the State of New York, and JANE DOE and JOHN DOE on behalf of their minor daughter JANIE DOE, UNITED STATES DEPARTMENT OF EDUCATION, LINDA E. MCMAHON in her official capacity as United States Secretary of Education,

Defendants.

-----------------------------------------------------------------X

**DECLARATION OF RYAN RUF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Case No.: 25-5892

I, Ryan Ruf, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Assistant Superintendent for Business & Operations for the Massapequa School District ("District"). I have served in this capacity since January 1, 2023. I submit this declaration in support of Plaintiffs' motion for a temporary restraining order. The facts set forth herein are based on my personal knowledge and my review of District financial records maintained in the ordinary course of business.

2. The Massapequa School District receives federal funding that supports a variety of critical programs and operations throughout the District. The loss of these federal funds would present a significant financial and operational challenge and would substantially impair the

District's ability to maintain existing services.

3. During the 2025–2026 school year, the District's Food Service Program received approximately $661,417 in federal funding. These funds are used to offset the costs of food, labor, and other operational expenses associated with providing meals to students.

4. If the District were to lose this revenue source, it would be required to significantly reduce food service expenditures. Given the program's existing staffing and operating costs, such reductions would likely require a substantial decrease in food service staffing and could ultimately jeopardize the District's ability to operate the food service program at its current level.

5. During the 2025–2026 school year, the Massapequa School District received approximately $1,816,284 in federal grant funding supporting special education programs and technology-related professional development.

6. These funds provide critical support for 12 special education staff members whose positions are integral to the District's ability to meet its obligations under students' Individualized Education Programs ("IEPs"). The funding also supports contractual services provided by specialized special education professionals who address the individual needs of our students.

7. The loss of these federal grants would have a direct and substantial impact on the District's ability to maintain required special education staffing and services. The District would be required to absorb these costs through its local operating budget or identify corresponding reductions in staffing, contracted services, or other programs. Given the magnitude of the funding and the essential nature of the services supported, the loss of federal funding would create a significant financial burden and could materially affect the District's ability to meet its educational and legal obligations to students.

8. Taken together, the federal funding sources described above represent

approximately $2.48 million annually in support of essential District programs.

9. The loss of this funding would require the District to make difficult and potentially significant reductions to programs, staffing, and services that are fundamental to the District's operations and its ability to meet its obligations to students.

10. Specifically, the loss of federal funding would jeopardize:

a. The District's ability to operate its food service program, which provides meals to students;

b. The positions of 12 special education staff members who serve students with disabilities pursuant to their IEPs; and

c. Contractual services provided by specialized professionals who address the individual educational needs of students with disabilities.

11. The consequences of losing this federal funding would be severe. Children who depend on the food service program would face a drastically reduced program; special education positions would be eliminated; and the District's ability to meet its legal obligations to students with disabilities under their IEPs would be materially compromised.

12. The District also receives millions of dollars in state funding that it uses to fund its operations. Like the District's federal funding, loss of state funding would mean the District would not be able to provide the services it is required to provide and that it promised its constituents it would provide.

13. The District's tax levy limit for the 2026–2027 school year, calculated under Education Law § 2023-a, is $192,157,961. The levy adopted for 2026–2027 is $191,111,063, leaving $1,046,898 of margin beneath the limit. The levy was set by warrant on August 6, 2026 and cannot be increased during the school year.

14. As of the June 30, 2025, audited financial statements the District's unassigned fund balance was $9,170,978 or 3.77% percent of the 2025–2026 budget.

15. The District maintains the following restricted reserve funds: Employees' retirement system reserve, Teachers' retirement system reserve, Capital reserve, Property Loss reserve, Employee benefit accrued liability reserve, Workers' compensation reserve, and Unemployment insurance reserve. Each is restricted to the purpose for which it was established and is unavailable for food service or special education operating costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026

Ryan Ruf