Exhibit E

Massapequa Public Schools
Massapequa, NY

Board of Education

July 2, 2025
8:00 PM

**Call to Order**

Present:

| Attendee Name | Title | Status | Arrived |
|---|---|---|---|
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Present | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Robert Schilling | Assistant Superintendent | Present | |
| Jordan McCaw | Asst. Superintendent | Present | |
| Ryan Ruf | Assistant Superintendent | Present | |
| Brian J. Trapani | Assistant Superintendent | Present | |
| Bryan R. Piotrowski | Assistant to the Superintendent | Present | |
| Michelle Walsh | Assistant to the Superintendent | Present | |
| Anne Marie Bellizzi | Interim District Clerk | Present | |
| Margaret Goodman | School Attorney | Present | |
| Greg Gillen | School Attorney | Absent | |
| Yvonne Knott | Assistant Superintendent | Present | |
| Pamela Alvarado | District Clerk | Present | |

## Financial Reports

1 Treasurer's Report May

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

## Personnel

1 Annual Appointments 2025-2026

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

2 Personnel - Certificated

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

3 Certificated Appointments

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

4 Salary Classifications

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

## Personnel - Non-Certificated - Appointments

1 Personnel - Non-Certificated

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

2 Staff Support

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

3 Lead Secretaries

Annual Appointments - Lead Secretaries

Anne Marie Bellizzi (ends July 21, 2025)
Casquarelli, Susan
Comerchero, Judy (ends July 31, 2025)
Passalacqua, Donna

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

**Resolutions**

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: IEP Approvals

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the IEP recommendations as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Consultants

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :

RESOLVED that the Board of Education approve the Consultant contracts listed below and authorizes the Board President to sign said contracts:

| Name | Area | Effective Dates |
|---|---|---|
| Horizon Healthcare Services | Nursing Services | 7/1/2025 - 6/30/2026 |
| Long Island Athletic Services, Inc. | Athletic Training | 7/1/2025 - 6/30/2026 |
| Mill Neck Interpreter Services | Interpreting Services | 7/1/2025 - 6/30/2026 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Consultant Approval

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :

RESOLVED that the Board of Education approve the Consultant Contracts listed below and authorizes the Board President to sign said contracts.

| Name | Services | Effective Dates |
|---|---|---|
| Behavior Change Success | Addendum for Clinical Services | 7/1/25-6/30/26 |
| North Coast Psychological Services | Psychological Evals | 7/1/25-6/30/26 |
| Theralymic Speech Therapy | Speech Services | 7/1/25-6/30/26 |
| Center for Discovery | Tuition | 7/1/25-6/30/26 |
| Cornerstone Behavorial Services | Behavior Services | 7/1/25-6/30/26 |
| Health Source Group | Related Services | 7/1/25-6/30/26 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Interim Athletic Employment Agreement

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Interim Employment Agreement with Mr. Matt McLees to serve as the Interim Athletic Director from July 2, 2025 through June 30, 2026 and authorizes the Board President to sign said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Authorization of Law Firms

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education hereby authorizes the law firms of Sokoloff Stern LLP and/or Holtzman, Vogel, Baran, Torchinsky & Josefiak PLLC to commence legal action and/or proceedings on behalf of the Massapequa Union Free School District against the parties identified on Confidential Schedule "A", in connection to the District Mascot.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: 2025-26 Tax Levy

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the District Clerk set the tax levy as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Non-Waiver Agreement

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Non-Waiver Agreement from Edward R. Reilly & Co., Inc.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Thomson Reuters-Clear ID

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approves the order form with Thomson Reuters for Batch Clear ID confirm and risk inform for purposes of student residency verification and accept addendum to order form.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Donation

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education accept a donation of $50.00 from Paul N. Fiegl for the Massapequa School District.

**Correspondence**

1 Correspondence

Correspondence was received from Laura Kabelka and Neal Frauwirth.
Mrs. Wachter acknowledged the correspondence received by the Board of Education.

**Updates from the Board of Education**

1 Update from the Board of Education

Mrs. Wachter stated that summer recreation and sports camps started this week and all has been reported to be going well .

**Public Comment**

Resident Mr. Jason Pachucki inquired about obtaining a forecasted budget of legal expenses for the 2025-2026 school year. Assistant Superintendent Mr. Ryan Ruf indicated that there is a line budget for legal, that is readily available to the public on the school district's website.

Mr. Pachucki also commented on the recent PowerSchool data breech. Assistant Superintendent Mr. Brian Piotrowski confirmed that appropriate security measures and enhancements have been

taken by the district, including working with Nassau BOCES and third-party vendors regarding multifactor authentications.

Dr. William Brennan clarified how the unfortunate PowerSchool breech was not isolated to the Massapequa Schools, and it effected users worldwide. He also commended PowerSchool for taking full responsibility for the incident.

Parent and resident, Krista Jensen questioned the hourly rate being paid to Chap Petersen for the pending mascot litigation. Mrs. Wachter clarified that Chap Petersen is not a retained attorney and no payments are being made.

Mr. David Ebert questioned which law firms are retained for legal representation of the mascot litigation, and how much has been spent on the legal fees thus far. He also asked about the time notice of the previously held public meeting on June 18, 2025.

Attorney Margaret Goodman explained the district has Guercio & Guercio as its general labor counsel and other firms retained for the mascot litigation and the fees associated with each are publicly available by previous meeting agenda items and through FOIL request. Ms. Goodman clarified that the Board of Education acted in accordance with the law in exercising its discretion to call an emergency meeting to address the time sensitive legal matter on June 18, 2025.

A member of the football and wrestling team, student athlete Tristian Tarasi spoke on behalf of fellow students and teammates. He mentioned there is shared consensus among his peers when it comes to learning the history of Massapequa's rich indigenous past. He explained that the Chiefs name and logo is not only symbol of leadership, dedication, and honor, but that it represents a mentality many students of the district aim to emulate as they progress through their academic careers.

Giovanni Tarasi echoed that as a student athlete who attends Massapequa High School, he and his fellow students wear the Chief name and logo proudly and with great honor. He emphasized that it is a symbol of the great history of the Massapequa town and community that has a strong sense of togetherness, respect and success.

Tara Tarasi, President of Save the Chiefs Foundation, accentuated that the Chief's name and mascot embody a long-standing tradition of unity, leadership and pride. She explained that use of such aims to honor, not appropriate, the leadership and spirit of people who shaped the land's history, reflecting respect for their legacy. She recognized that honoring the name also means learning the history behind it. She concluded by sharing that her organization will continue their fundraising efforts.

On a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting moved to Executive Session to discuss personnel. The meeting was reconvened at 9:30 PM and on a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting was adjourned.

Exhibit F

Massapequa Public Schools
Massapequa, NY

Board of Education

July 31, 2025
6:00 PM

## Call to Order

Present:

| Attendee Name | Title | Status | Arrived |
|---|---|---|---|
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Present | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Robert Schilling | Assistant Superintendent | Present | |
| Jordan McCaw | Assistant Superintendent | Present | |
| Ryan Ruf | Assistant Superintendent | Present | |
| Brian J. Trapani | Assistant Superintendent | Present | |
| Bryan R. Piotrowski | Assistant Superintendent | Absent | |
| Michelle Walsh | Assistant Superintendent | Present | |
| Yvonne Knott | Assistant Superintendent | Present | |
| Pamela Alvarado | District Clerk | Present | |
| Greg Gillen | School Attorney | Absent | |

## Resolutions

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Cher Lepre, Secretary |
| **SECONDER:** | Jeanine Caramore, Vice President |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Joint Representation Addendum Agreement

On a motion by Cher Lepre and seconded by Jeanine Caramore, the motion below was Accepted :
RESOLVED, that the Board of Education approve the Joint Representation Addendum with Holtzman Vogel and authorizes the Board President to execute said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Distraction Free Schools - Interim Cell Phone Policy

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education approve the Interim Policy: Student Use of Internet-Enabled Devices as per the attached.

**Informational Items**

1 Work Session

The Board of Education held its annual Board Retreat to establish its priorities by engaging in data-informed dialogue. Topics included but were not limited to attendance, elementary and secondary academic performance in literacy and math, special education and MTSS, AI integration and capital planning. The consensus toward goal setting was centered on identifying strengths, gaps and setting short- and long- term objectives.

The Board reiterated its desire to define measurable goals for academic performance and attendance, citing the importance of tracking progress across multiple years, particularly in the COVID-impacted cohorts. Comparison of i-Ready Learning data with teacher evaluations and report cards was noted as crucial in this process. Further discussion was had about exploring the data by differentiating general education from special education results.

Regarding assessment and standards, the Board considered the establishment of specific academic standards and benchmarks by evaluating the rigor and expectations across grade levels. This includes further investigation of the district's participation and comparison in state, national and international assessments (e.g. NAEP, PISA).

Concerning attendance, a breakdown of chronic absenteeism data by building and grade

level may be used to identify the root causes of such to be able to establish realistic attendance improvement targets. Other than highlighting the best practices from buildings with high attendance rates, and reinforcing attendance policies (e.g. sports eligibility rules), it was suggested that strategies must be developed to focus on the importance of attendance.

Particular attention was given to strengthening elementary core instruction in literacy by focusing on comprehension, vocabulary, and attention span development. The Board also emphasized the importance of promoting classroom literacy culture through book clubs and literacy circles. In math, enhanced instruction with targeted interventions and analysis was considered. In addition to using i-Ready data to identify instructional gaps and growth opportunities, importance was given to providing professional development for KSS staff and classroom teachers.

To improve the collaboration between general and special education teams, the discussion included strengthening early identification and intervention systems and annually monitoring the referral trends as well as classification rates. It was noted that continuing to shift referrals from parents to IST/MTSS teams was desirable.

The Board also expressed their wish to encourage parental involvement in addressing learning gaps and to communicate the expectations regarding attendance and academic support.

| | |
|---|---|
| **RESULT:** | **DISCUSSED** |

Exhibit G

Massapequa Public Schools
Massapequa, NY

Board of Education

August 7, 2025
6:00 PM

**Call to Order**

Present:

| Attendee Name | Title | Status | Arrived |
|---|---|---|---|
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Absent | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Robert Schilling | Assistant Superintendent | Present | |
| Jordan McCaw | Assistant Superintendent | Present | |
| Ryan Ruf | Assistant Superintendent | Present | |
| Brian J. Trapani | Assistant Superintendent | Present | |
| Bryan R. Piotrowski | Assistant Superintendent | Present | |
| Michelle Walsh | Assistant Superintendent | Present | |
| Yvonne Knott | Assistant Superintendent | Present | |
| Pamela Alvarado | District Clerk | Present | |
| Greg Gillen | School Attorney | Present | |

**Minutes Approval**

1. Thursday, June 26, 2025

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

2. Wednesday, July 02, 2025

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

3. Wednesday, July 02, 2025

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

**Financial Reports**

1 Treasurer's Report June

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

**Personnel**

1 Certificated Appointments

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

2 Personnel - Certificated

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

3 Salary Classifications

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

**Personnel - Non-Certificated - Appointments**

1 Personnel - Non-Certificated

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

2 Support Staff

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

**Informational Items**

1 2025-2026 Board of Education Goals

The informational portion of the meeting began with follow-up discussion of the Board's 2025-2026 goals, which centered on the drafting and refining measurable goals for student achievement, particularly focusing on instructional gaps and MTSS. Use of tiered performance data approach was proposed by Dr. Walsh. Other areas of interest included multi-year academic goals and grade-level specific goals. Special focus areas that were of concern were COVID-impacted cohorts and middle school transition, specifically the need for executive functioning support, organizational skills, and social-emotional

development. Reading gaps and its cross-disciplinary impact on all subjects was noted. There was agreement that collaboration with PPS staff to address attendance, emotional needs, and academic gaps is vital.
Secondary Level Planning was addressed specifically as to having flexible pathways by streamlining electives, student clubs and vocational and career readiness. The Board particularly emphasized the importance of an inclusive "Decision Day" for high school students entering trade schools, military, and careers, in lieu of college. The consensus was to continue building college and career pathways with equal emphasis on all post-secondary options.
Graduation Pathways & Regents Reform were mentioned in light of the upcoming changes to NYS graduation requirements. In addition to continuing to support NYS Seals (e.g., Biliteracy, Civic Readiness) Dr. Brennan also recalled their focus to define Massapequa's values, which would include exploring Massapequa-specific seals for Career & Technical Education, Music, Arts, Financial Literacy and emphasizing real-world experiences as part of student recognition.
Instructional Planning, PD, and facilities focus areas included professional development (PD), Budget, Operations & Facilities and Attendance & Discipline Data. The appropriate next steps may include beginning assessment for long-term planning, continuing transparent budget and capital updates, and providing quarterly discipline and attendance data updates.
The Board also considered communication and community engagement on the district's communication platforms, noting that 81% of students have at least one connected guardian, and that the goal would be to ensure successful ongoing training/support. Offering tech tutorials at Parent University and Back-to-School Nights would help parents navigate Schoology, portals, and district apps to establish feedback loops, versus just information delivery.
Lastly, the Board focused on Board Operations and committees. It was stated that all support resources are centralized through the district's Connect platform. Social Media Engagement was discussed and the Board President recognized that Instagram is the most popular platform among younger parents, although Facebook is still used by many.
With the district vision & mission already established, the goal will be to continue promoting it while reviewing and updating policies throughout the year as needed. There will be continued collaboration across Board Committees to ensure multi-year development plans for maintenance and enhancement of facilities and athletic fields.

2 <u>Policy Discussion - Rights of Students with Disabilities Under Section 504 - Dr. McCaw</u>

Discussion of Policy Revision:
Policy 5020.3 Rights of Students with Disabilities Under Section 504
Dr. Jordan McCaw shared about proposed policy update changes to Policy 5020.3 - Rights of Students with Disabilities (Section 504) as follows: Proposed change: Allow principals or their designees (e.g., assistant principals) to chair 504 meetings. This proposed change will provide flexibility in leadership roles while maintaining procedural integrity.

**Resolutions**

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: IEP Approvals

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education approve the IEP recommendations as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Stipulation of Settlement

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education approve the Stipulation of Settlement for Student #228120003 and authorizes the Board President to sign said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Stipulation of Settlement

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education approve the Stipulation of Settlement for Student #224180027 and authorizes the Board President to sign said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Board of Education Procedures

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve their amended Board of Education Procedures.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: District Wide Safety Plan - 2025-2026

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education adopt the District Wide School Safety Plan for the 2025-2026 School year.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Sale of Tax Anticipation Notes for 2025/26

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED, that the Board of Education authorize the issuance of Tax Anticipation Notes not to exceed $12,500,000 in anticipation of the receipt of taxes to be levied for the fiscal year ending June 30, 2026 as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Chapter VI & XI Bylaws

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approves updates to Bylaws Chapter VI and Chapter XI effective August 8, 2025 as presented.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Memorandum of Agreement - (MFT)

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Memorandum of Agreement between the Massapequa Union Free School District and the Massapequa Federation of Teachers (MFT) as per the attached and authorizes the Board President to sign said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Memorandum of Agreement (MACS)

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Memorandum of Agreement between the Massapequa Union Free School District and the Massapequa Association of Chairpersons and Supervisors (MACS) as per the attached and authorizes the Board President to sign said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Hawthorn Demolition & Abatement Project Change Order

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
Resolved that the Board of Education sign the attached change order as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Hawthorn Roofing Replacement Project Change Order

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
Resolved that the Board of Education sign the attached change order as per the attached.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: School Source Contract

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the School Source extension.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Final AS-7 Agreement with Nassau BOCES

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the agreement with Nassau BOCES and authorizes the Board President to execute said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: AS-7 Agreement with Nassau BOCES 2025/26

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :

RESOLVED that the Board of Education approve the agreement with Nassau BOCES and authorizes the Board President to execute said agreement.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Memorandum of Understanding

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Memorandum of Understanding agreements listed below and authorizes the Board President to sign said agreements.

| | |
|---|---|
| SUNY Fredonia | 07/01/2025- 06/30/2030 |
| SUNY Stony Brook | 07/01/2025-06/30/2030 |
| SUNY Empire State | 08/05/2025-06/30/2030 |
| Mercy University | 08/01/2025-06/30/2026 |
| SUNY Binghamton | 09/01//2025-06/30/2026 |
| Long Island University | 09/01/2025-06/30/2026 |
| Hofstra University | 09/01/2025-08/31/2026 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Swimming Pool Usage

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education accept the application for Use of District Facilities from the Hicksville Public Schools and authorizes the Board President to sign said application.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Consultant Contract

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the attached consultant contract and authorized the Board President to sign and contract.

| Name: | Date: | Services: |
|---|---|---|
| CodeHS | 7/1/25-6/30/26 | Pro Teacher License HS |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Consultant Approval

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
Resolved that the Board of Education approve the Consultant Contracts listed below and authorizes the Board President to sign said contracts.

| Name | Services | Effective Dates |
|---|---|---|
| Henry Viscardi School | Tuition | 7/1/25-6/30/26 |
| American School for the Deaf | Tuition | 7/1/25-6/30/26 |
| Andrea Donovan | Related Service | 7/1/25-6/30/26 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Adult Education Instructors

August 7, 2025

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education approve the Consultants listed below subject to letters of agreement with the District and authorizes the Board President to execute said agreements.

| | | |
|---|---|---|
| Julie Abdo | Adult Education Instructor | 9/1/25-6/30/26 |
| Theresa Alini | Adult Education Instructor | 9/1/25-6/30/26 |
| Jane Arsenault | Adult Education Instructor | 9/1/25-6/30/26 |
| Natalie Boyle | Adult Education Instructor | 9/1/25-6/30/26 |
| Rita Broughton | Adult Education Instructor | 9/1/25-6/30/26 |
| David Callison | Adult Education Instructor | 9/1/25-6/30/26 |
| Rosemarie Cascio | Adult Education Instructor | 9/1/25-6/30/26 |
| Jason Cavanaugh | Adult Education Instructor | 9/1/25-6/30/26 |
| Amy Cordero | Adult Education Instructor | 9/1/25-6/30/26 |
| Lucia Trucci DiPalo | Adult Education Instructor | 9/1/25-6/30/26 |
| Jarrett Fifield | Adult Education Instructor | 9/1/25-6/30/26 |
| Maria Fred | Adult Education Instructor | 9/1/25-6/30/26 |
| Stacey Fucci | Adult Education Instructor | 9/1/25-6/30/26 |
| Marissa Galante | Adult Education Instructor | 9/1/25-6/30/26 |
| Patricia Gaunay | Adult Education Instructor | 9/1/25-6/30/26 |
| David Gillam | Adult Education Instructor | 9/1/25-6/30/26 |
| Denise Groepler | Adult Education Instructor | 9/1/25-6/30/26 |
| Patricia Haupt | Adult Education Instructor | 9/1/25-6/30/26 |
| Cynthia Holmes | Adult Education Instructor | 9/1/25-6/30/26 |
| Suzana Jevtovic | Adult Education Instructor | 9/1/25-6/30/26 |
| Lisa Kimoto | Adult Education Instructor | 9/1/25-6/30/26 |
| Natalie Korsavidis | Adult Education Instructor | 9/1/25-6/30/26 |
| Melissa Kuch Lamothe | Adult Education Instructor | 9/1/25-6/30/26 |
| John Mazzei | Adult Education Instructor | 9/1/25-6/30/26 |
| Daniel Mazzola | Adult Education Instructor | 9/1/25-6/30/26 |
| Justin McCaffrey | Adult Education Instructor | 9/1/25-6/30/26 |
| Michelle McDonough | Adult Education Instructor | 9/1/25-6/30/26 |
| Debra Monaco | Adult Education Instructor | 9/1/25-6/30/26 |
| Anthony Narine | Adult Education Instructor | 9/1/25-6/30/26 |
| Christin Nash | Adult Education Instructor | 9/1/25-6/30/26 |
| Laima O'Connor | Adult Education Instructor | 9/1/25-6/30/26 |
| Claudia Peglow | Adult Education Instructor | 9/1/25-6/30/26 |
| Jeffrey Poplarski | Adult Education Instructor | 9/1/25-6/30/26 |
| Tiffany Christine Rex-Valenti | Adult Education Instructor | 9/1/25-6/30/26 |
| Wende Russo | Adult Education Instructor | 9/1/25-6/30/26 |
| Laura Savino | Adult Education Instructor | 9/1/25-6/30/26 |
| Fontaine Sheridan | Adult Education Instructor | 9/1/25-6/30/26 |
| Jeffrey Silverman | Adult Education Instructor | 9/1/25-6/30/26 |
| Denise Snyder | Adult Education Instructor | 9/1/25-6/30/26 |
| James Vafeas | Adult Education Instructor | 9/1/25-6/30/26 |

| | | |
|---|---|---|
| Lisa Valente | Adult Education Instructor | 9/1/25-6/30/26 |
| Renee Violino | Adult Education Instructor | 9/1/25-6/30/26 |

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Donation for Berner & Ames Courtyards

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education accept a donation of $1,000 from Mr. Don Nobile to be used for the maintenance and beautification of the inner courtyards of Berner Middle School and the inner courtyard at the MHS-Ames Campus.

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Kerry Wachter, Jeanine Caramore, Cher Lepre, Danielle Ocuto |
| **ABSENT:** | Christopher Brooks |

Re: Scholarship

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :
RESOLVED that the Board of Education accept a donation of $1,000 from Annette Conte for the purpose of establishing an annual scholarship award in memory of her daughter, Nicole Conte Toussaint.

**Correspondence**

1 Correspondence

Correspondence was received from Marcela Sepe and Ms. Dena.

**Advocacy Liaison Updates**

1 Advocacy Liaison Update - Mrs. Ocuto

Trustee Danille Ocuto shared advocacy updates since the last meeting which included federal education funding, legislative advocacy, safety legislation, and congressional engagement.
She shared details about the $6 million in federal education funding that was withheld only to be later released and how fortunate Massapequa School District was to have not experienced any challenges in this area.

Mrs. Ocuto also explained that NYSSBA is actively advocating against the proposed "Big Beautiful Bill" due to concerns about undermining the foundation of public education, imposing mandates, reducing resources and increasing inequities for vulnerable students. Her recommendations to fellow board members included educating themselves about the bill in anticipation of future advocacy efforts.
She reminded the Board about the new NYS law mandating Cardiac Emergency Plans that must be included in district-wide safety plans, which should address cardiac emergencies involving students, staff and visitors.
Finally, Mrs. Ocuto talked about NYSSBA's virtual Congressional Q& A sessions, detailing that attendance may prove difficult due to the quick registration closures.

**Updates from the Board of Education**

1 Update from the Board of Education

The Board President attended the Leadership in Education Event in Albany, and highlighted the New York Inspires workshop, focused on Portrait of a Graduate. Some items of concern, included how the shift from standardized assessments to portfolios/projects may lower academic rigor, could disadvantage students by reducing accountability and impact global competitiveness were considered.
Another memorable session attended by Mrs. Wachter included Dr. Lorna Lewis' "Legacy Minded Leadership: Transforming Schools for Tomorrow". She found it inspiring and impressive. Mrs. Wachter was inspired by the idea of presenting Massapequa's successes at future events and encouraged colleagues to attend future events.
The Board also mentioned how they marched at the 4th of July parade and their impressions after attending summer Fine Arts Camp. Praise was given to the teachers' innovation and dedication during summer break and the Board noted the importance of different summer camps for students who don't participate in sports.
Mrs. Ocuto shared her takeaways from attending NYSSBA's virtual summer law conference, with topics such as Title XI processes and immigration law case reviews.

**Public Comment**

Mrs. Wachter opened the meeting to the public.

Ms. Krista Jensen described her discontent with the Board president's public declaration of support for a political figure. Ms. Jensen stated that it is her belief that this was the peak of political overreach in the school district. She expressed her disapproval that the same Board that advocates for local control is requesting an executive Presidential order to override New York State law about mascot litigation. She stated that over the past few months, the Board has deepened its public association with a political figure and how profoundly disappointed she feels that Massapequa schools' reputation is being tied to controversy. She asserted that she was not in attendance at the meeting to debate curriculum or mascots, rather she was present to formally

state that the Board's behavior reflects inappropriate political affiliation and further requested that the minutes of this meeting reflect her concerns.

Mr. David Ebert, resident and parent of two Lockhart students, explained that he and Ms. Jensen moved to Massapequa eight years ago because of the schools which he described as being the heart of this community. He acknowledged that at this board meeting, it was evident how passionate the Board, the Superintendent and the administrators are about supporting students, and how much he appreciated their efforts. However, he went on to explain his concerns about the Board's decision to pursue a civil rights case and its unlikeliness to succeed. He stated that the previous lawsuit cost $45,000 in taxpayer money and that continuing this legal fight is fiscally irresponsible, since the community will be left to pay the bills associated with legal fees, mascot changes, and the cost of repairing divisions. He concluded by urging the Board to reconsider and refocus on the incredible work being done in the schools and restoring the pride shared by everyone in Massapequa.

**Motion to enter Executive Session**

On a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting moved to Executive Session at 9:30 p.m. to discuss personnel issues. The meeting reconvened at 10 p.m. and on a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting adjourned at 10:45 p.m.

Exhibit H

Massapequa Public Schools
Massapequa, NY

Board of Education

September 18, 2025
8:15 PM

**Call to Order**

Present:

| Attendee Name | Title | Status | Arrived |
| --- | --- | --- | --- |
| Kerry Wachter | President | Present | |
| Jeanine Caramore | Vice President | Present | |
| Cher Lepre | Secretary | Present | |
| Christopher Brooks | Trustee | Present | |
| Danielle Ocuto | Trustee | Present | |
| William Brennan | Superintendent of Schools | Present | |
| Jordan McCaw | Assistant Superintendent | Excused | |
| Ryan Ruf | Assistant Superintendent | Excused | |
| Brian J. Trapani | Assistant Superintendent | Excused | |
| Bryan R. Piotrowski | Assistant Superintendent | Excused | |
| Michelle Walsh | Assistant Superintendent | Excused | |
| Yvonne Knott | Assistant Superintendent | Excused | |
| Pamela Alvarado | District Clerk | Present | |
| Greg Gillen | School Attorney | Present | |
| Nick Rigano | Attorney | Present | |
| Oliver Roberts | Attorney | Remote | |
| Susan Greene | Attorney | Remote | |

September 18, 2025

**Informational Items**

I Executive Session

Mrs. Wachter called the meeting to order at 8:20 p.m. On a motion by Mrs. Caramore and seconded by Mrs. Lepre, the meeting moved to executive session for the purpose of consulting with attorneys regarding litigation matters. The meeting was reconvened at 11:20 p.m. to pass the resolution and on a motion by Mrs. Caramore and seconded by Mrs. Lepre the meeting adjourned at 11:23 p.m.

**Resolutions**

| | |
|---|---|
| **RESULT:** | **ACCEPTED [UNANIMOUS]** |
| **MOVER:** | Jeanine Caramore, Vice President |
| **SECONDER:** | Cher Lepre, Secretary |
| **AYES:** | Wachter, Caramore, Lepre, Brooks, Ocuto |

Re: Addendum Item - Title IX Resolution

On a motion by Jeanine Caramore and seconded by Cher Lepre, the motion below was Accepted :

Whereas on September 9, 2025 the Board of Education passed a resolution establishing that the policy of the Massapequa Board of Education mandates that all students shall be required to use facilities including restrooms and locker rooms - that corresponds with the students' sex as defined under Title IX and federal law.

Now, Therefore, Be it Resolved, that the Board of Education hereby directs the Superintendent of Schools to enforce and carry out all of the requirements of the Board of Education's above referenced resolution of September 9, 2025.

Exhibit I

THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

# Creating a Safe, Supportive, and Affirming School Environment for Transgender and Gender Expansive Students:

## 2023 Legal Update and Best Practices



# THE UNIVERSITY OF THE STATE OF NEW YORK

## Regents of The University


| | |
|---|---|
| LESTER W. YOUNG, JR., *Chancellor,* B.S., M.S., Ed.D. | Beechhurst |
| JOSEPHINE VICTORIA FINN, *Vice Chancellor* B.A., J.D. | Monticello |
| ROGER TILLES, B.A., J.D. | Manhasset |
| CHRISTINE D. CEA, B.A., M.A., Ph.D. | Staten Island |
| WADE S. NORWOOD, B.A. | Rochester |
| KATHLEEN M. CASHIN, B.S., M.S., Ed.D. | Brooklyn |
| JAMES E. COTTRELL, B.S., M.D. | New York |
| JUDITH CHIN, B.S., M.S. in Ed. | Little Neck |
| CATHERINE COLLINS, R.N., N.P., B.S., M.S. in Ed., Ed.D. | Buffalo |
| ELIZABETH S. HAKANSON, A.S., B.A., M.A., C.A.S. | Syracuse |
| LUIS O. REYES, B.A., M.A., Ph.D. | New York |
| SUSAN W. MITTLER, B.S., M.S. | Ithaca |
| FRANCES G. WILLS, B.A., M.A., M.Ed., C.A.S., Ph.D. | Ossining |
| ARAMINA VEGA FERRER, B.A., M.S. in Ed., Ph.D. | Bronx |
| SHINO TANIKAWA, B.A., M.S. | Manhattan |
| ROGER P. CATANIA, B.A., M.A., M.S., C.A.S., Ph.D. | Saranac Lake |
| ADRIAN I. HALE, A.S., B.A. | Rochester |

**Commissioner of Education and President of The University**
BETTY A. ROSA, B.A., M.S. in Ed., M.S. in Ed., M.Ed., Ed.D.

**Deputy Commissioner of P12 Instructional Support**
ANGELIQUE JOHNSON-DINGLE

**Assistant Commissioner of Student Support Services**
KATHLEEN R. DECATALDO, J.D.


The State Education Department does not discriminate on the basis of age, color, religion, creed, disability, marital status, veteran status, national origin, race, gender, genetic predisposition or carrier status, or sexual orientation in its educational programs, services and activities. Portions of this publication can be made available in a variety of formats, including braille, large print or audio tape, upon request. Inquiries concerning this policy of nondiscrimination should be directed to the Department's Office for Diversity and Access, Room 530, Education Building, Albany, NY 12234.

# ACKNOWLEDGEMENTS

The New York State Department of Education would like to acknowledge and thank the following stakeholders who have thoughtfully provided advice and support in the development of *Creating a Safe, Supportive, and Affirming School Environment for Transgender and Gender Expansive Students:* 2023 Legal Update and Best Practices. With their support and direction, this update is a resource intended to provide school personnel, students, and parents/guardians with a framework to create a safe, supportive, and affirming school environment for transgender and gender expansive students.

Arrowood Law

Capital Region Board of Cooperative Educational Services

Empire Justice Center

New York Civil Liberties Union

New York State Association of School Psychologists

New York State Department of Health, Office of LGBTQ Health Services

New York State Education Department, Office of Counsel

New York State Education Department, Office of Education Management

New York State Education Department, Office of Student Support Services

New York State Office of Children and Family Services

Northwell Health Center for Transgender Care

Phyllis B. Frank Pride Center of Rockland County

Pride for Youth

Riverstone Consulting

Students from across New York State, who shared their lived experience with us

Trevor Project

# Disclaimer

The Department supports the efforts of school communities to implement this update, which is intended to be both a resource and an important reminder for New York State public schools to adhere to the Dignity for All Students Act and other non-discrimination laws and regulations discussed throughout the update. It includes links to websites that contain information, resources, and tools to assist public schools. Please evaluate each resource to determine if it is developmentally and age appropriate for your school population. The State Education Department does not endorse any of the programs cited herein. The intent of this document is to provide information only. Public schools and Boards of Cooperative Educational Services (BOCES) should consult with their school attorneys regarding specific legal questions. Analyses of examples contained herein do not represent official determination(s) or interpretation(s) by the Department. Actions of a public school or BOCES may be the subject of an appeal to the Commissioner of Education under section 310 of the Education Law; as a result, the information contained herein is advisory only and does not necessarily represent an official legal opinion of the Commissioner of Education or the State Education Department.

# TABLE OF CONTENTS

## Contents

Introduction ..... 7
Laws to Protect Students ..... 8
Terminology ..... 9
Understanding School Climate, Transgender and Gender Expansive Students ..... 11
Understanding Gender Identity ..... 14
Gender Transition ..... 14
Social Transition ..... 14
Medical Transition ..... 14
Coming Out at School ..... 15
Family Knowledge of the Student Transition ..... 16
Tips for When a Student Comes Out to You ..... 17
Considerations for Student Support Professionals ..... 18
School-Based Providers ..... 18
Developmentally Expected Transitions ..... 19
Common Areas of Concern Relating to Transgender Students ..... 19
Names and Pronouns ..... 19
Personal Challenges to Changing Names ..... 20
Normalizing Name and Pronoun Changes ..... 21
Gender-Based Activities, Rules, Policies, and Practices ..... 21
Restrooms ..... 22
Inclusive Curricula and Supports ..... 24
Physical Education & Athletics ..... 25
Health Education ..... 25
Privacy and Confidentiality ..... 26
School Records ..... 27
Education Records ..... 27
Updating Student Information in Education Records ..... 27
Legal Name Change on Education Records ..... 27
Request to use Affirmed Name on Education Records ..... 28
Post-Graduation Name Change Request: ..... 29
Updating of Gender Marker ..... 29
Working Papers ..... 29
Diplomas ..... 29
Standardized Test/Answer Sheets/Student Management Systems ..... 30

Student Health Records ........ 30
Resources, Education, and Training for Public School Personnel and Communities ........ 31
Appendix ........ 37
MODEL Student Name and Gender Change Request Form ........ 38

## Introduction

The New York State Education Department (NYSED) is committed to providing all public school students, including transgender and gender expansive (TGE) students, with an environment free from discrimination and harassment, fostering civility and ensuring that every student has equal access to educational programs and activities.[1, 2]

[illegible]

NYS Student

All students need a safe and supportive school environment to progress academically and developmentally. Administrators, faculty, staff, and students play an important part in creating and sustaining a healthy and respectful environment.

This update will assist public schools in cultivating an educational environment for all students that is safe and free from discrimination regardless of sex, gender identity, or expression. It also facilitates compliance with state and federal laws concerning bullying, harassment, discrimination, and student privacy, complementing existing NYSED resources relating to the implementation of the Dignity for All Students Act (the "Dignity Act"). This resource is designed to help public school administrators continue to take proactive steps to create a culture in which TGE, nonbinary, and intersex students feel safe, supported, and included.

The 2021 National School Climate Survey by the Gay, Lesbian, Straight, Education Network (GLSEN), the leading national education organization focused on ensuring safe schools for all students, underscores the importance of this update. The survey shed light on significant concerns regarding the safety and well-being of students who identify as Lesbian, Gay, Bisexual, Transgender, and/or Queer (LGBTQ). From the sample of 22,295 students between the ages of 13-21, 68% felt unsafe at school due to their sexual orientation, gender identity and/or gender expression (SOGIE). Feeling unsafe was attributed to experiences including anti-LGBTQ remarks at school, harassment and assaults at school, and discriminatory school policies and practices that restricted students' gender affirming decisions. The effects of hostile school environments on LGBTQ students were well documented. Students who reported victimization experienced lower academic outcomes and poorer mental well-being. Students also noted avoiding school and school events, feeling unwelcome and disconnected, diminished academic performance, lower self-esteem, higher levels of depression, increased likelihood of dropping out, and a reduced likelihood of attending post-secondary education. The detrimental effects of LGBTQ harassment and discrimination in schools are life changing and warrant immediate attention.[3]

[illegible]

NYS Student

Illustrative examples that highlight frequently asked questions appear throughout the update in italics. The update includes example scenarios, remedies, and comments that are meant to illustrate common issues. They are based on real-life examples from New York students during interviews conducted in fall of 2022 and are not meant to be exhaustive of all potential scenarios or remedies appropriate for each school community.

## Laws to Protect Students

New York State's robust anti-discrimination laws illustrate the state's commitment to ensuring that all students are educated in a safe and supportive school environment.

New York State Human Rights Law (HRL), amended by the Gender Expression Non-Discrimination Act (GENDA), expressly prohibits discrimination by educational institutions against students and applicants based on their actual or perceived sex and gender identity or expression—meaning their actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic, regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender.[4] The following types of educational institutions are covered under this law:

- Public school (pre-kindergarten through high school and continuing education);
- Charter schools;
- Boards of Cooperative Educational Services (BOCES);
- Public colleges and universities;
- Universal Pre-K;
- Head Start or other publicly funded pre-kindergarten programs;
- Private schools at all educational levels (excluding those which are run by a religious organization); and
- For-profit non-sectarian colleges, universities, licensed career schools, or certified English as a second language schools.[5]

The Gender Recognition Act (GRA) is a comprehensive bill that updates and clarifies many issues related to name changes and correcting sex designations/gender markers on identity documents for transgender and nonbinary New Yorkers.[6]

New York State Education Law §3201-a prohibits discrimination based on sex with respect to admission into or inclusion in courses of instruction and athletic teams in public schools. Discrimination based on sex includes discrimination based on gender identity and expression[7] with respect to admission into or

inclusion in courses of instruction and athletic teams in public schools.[8]

**The Dignity for All Students Act (The Dignity Act)**[9] provides that "no student shall be subjected to harassment or bullying by employees or students on school property or at a school function; nor shall any student be subjected to discrimination based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender, or sex by school employees or students on school property or at a school function."[10] Pursuant to the Dignity Act, reports of harassment, bullying, and/or discrimination may include, but are not limited to:

- A report regarding the denial of access to school facilities, functions, opportunities, or programs, but not limited to, restrooms, changing rooms, locker rooms, and/or field trips.
- A report regarding the application of a dress code, specific grooming, or appearance standards.
- A report regarding the use of a name(s) and pronoun(s) or the pronunciation of name(s)
- A report regarding any other form of harassment, bullying, or discrimination.[11]

The Dignity Act defines gender as "a person's actual or perceived sex and includes a person's gender identity or expression."[12]

**Title IX of the Education Amendments Act of 1972, 20 U.S.C. §§ 1681–1688 ("Title IX")** has long prohibited discrimination on the basis of sex in federally funded education programs and activities.[13] Recent landmark court decisions have made clear that sex, as used in Title IX, includes sexual orientation and gender identity.[14] [15]The United States Department of Education has committed to ensuring that all students, including transgender students have the opportunity to learn in an environment free of sex discrimination in public schools.[16]

## Terminology

Understanding the common terminology associated with gender identity is important to providing a safe and supportive school environment for students. Although these are the most commonly used terms, students may use other terms to describe their gender identity, appearance, or behavior.

Terminology and language describing TGE and intersex individuals can differ based on region, language, race or ethnicity, age, culture, and many other factors. School staff and educators should ask students which terms they use and generally use the term the student uses to describe themselves.

**Affirmed name:** A name that is validated by the individual. At times you may see this referred to as chosen name.

**Agender:** Refers to a person who does not identify with or experience any gender. Agender is different from nonbinary because many nonbinary people do experience gender.[17]

**Assigned name:** A name that is given at birth. At times you may see this referred to as birth name.

**Assigned sex at birth:** The sex, male, female, or intersex, that a doctor or midwife uses to describe a child at birth based on their external anatomy[18]

**Bisexual:** A person emotionally, romantically, or sexually attracted to more than one sex, gender, or gender identity though not necessarily simultaneously, in the same way or to the same degree. Sometimes used interchangeably with pansexual.[19]

**Cisgender:** A term used to describe a person whose gender identity aligns with that typically associated with the sex assigned to them at birth.[20] At times you may see this referred to as cis,

pronounced "sis."

**Cisnormative:** The assumption that everyone is cisgender and that being cisgender is superior to being gender expansive. This includes the often implicitly held idea that being cisgender is the norm and that other genders are "different" or "abnormal."[21]

**Coming out:** The process in which a person first acknowledges, accepts, and appreciates their sexual orientation or gender identity and begins to share that with others.[22]

**Gay:** A person who is emotionally, romantically, or sexually attracted to members of the same gender.[23]

**Gender:** Socially constructed roles, behaviors, activities, and attributes that a given society considers appropriate.[24] Includes a person's gender identity or expression.[25]

**Gender binary:** A system in which gender is constructed into two strict categories of male or female.[26]

**Gender expansive:** A person with a wider, more flexible range of gender identity and/or expression than typically associated with the binary gender system. Often used as an umbrella term when referring to young people still exploring the possibilities of their gender expression and/or gender identity.[27]

**Gender expression:** The way a person communicates their gender identity through behavior, clothing, hairstyle, name, pronouns, and activities. External appearance of one's gender identity, usually expressed through behavior, clothing, body characteristics, or voice and which may or may not conform to socially defined behaviors and characteristics typically associated with being either masculine or feminine.[28] For more information, see the section "Understanding Gender Identity."

**Gender identity:** One's innermost concept of self, how one perceives and identifies themselves, including, but not limited to, male, female, trans, transgender, queer, nonbinary, gender non-conforming, or gender expansive. Gender identity can exist on a spectrum where some individuals feel entirely male, some entirely female, some somewhere in between, some a blend of both, and some neither.[29] One's gender identity can be the same or different from their sex assigned at birth. Gender identity is a mental, emotional, and spiritual state, which is not determined by a person's external anatomy. For more information, see the section "Understanding Gender Identity."

**Gender nonconforming (GNC):** An umbrella term for those who do not follow gender stereotypes, or who expand ideas of gender expression or gender identity. Gender nonconforming does not mean nonbinary. Cisgender people can be GNC as well.[30]

**Intersex traits or variations in sex characteristics:** The umbrella term for differences in reproductive or sex anatomy that may appear in an individual's chromosomes, genitals, secondary sex characteristics, or internal organs such as testes or ovaries and may be identified at birth or may not be discovered until puberty or later in life.[31]

**Lesbian:** A woman who is emotionally, romantically, or sexually attracted to other women.[32]

**LGBTQ:** An acronym for lesbian, gay, bisexual, transgender, and queer.[33]

**Legal name:** The formal name by which a person is identified on a birth certificate or that has been changed through a legal process.

**Misgendering:** Attributing a gender to someone that is incorrect or does not align with the person's

gender identity.[34]

**Nonbinary:** An adjective describing a person who does not identify exclusively as a male or female. Nonbinary people may identify as being both a female and a male, somewhere in between, or as falling completely outside these categories. While many also identify as transgender, not all nonbinary people do. Nonbinary can also be used as an umbrella term encompassing identities such as agender, bigender, genderqueer, or gender fluid.[35] In New York State, state agencies provide an option for individuals to mark their gender or sex as a nonbinary "X."

**Queer:** A term used to express a spectrum of identities and orientations. Queer is often used as a catch-all to include many people, including those who do not identify as exclusively straight and/or people who have nonbinary or gender-expansive identities. This term was previously used as a slur but has been reclaimed by many in the LGBTQ movement.[36]

**Sexual orientation:** An emotional, romantic, or sexual attraction to other people. Note: An individual's sexual orientation is independent of their gender identity.[37]

**Transgender (umbrella term):** An inclusive term for people whose gender identity is different from the sex they were assigned at birth. This term encompasses people who identify with the gender binary, such as transgender women and transgender men, as well as people who are gender-expansive and non-binary. Being transgender does not imply any specific sexual orientation. Therefore, transgender people may identify as straight, gay, lesbian, bisexual, pansexual, etc. For more information, see the section "Understanding Gender Identity."

**Transgender (person):** A transgender person is an individual who has a gender identity different from the sex assigned to that individual at birth. For example, someone who was assigned male at birth and grew up to be a female, might describe herself as transgender, a transgender female, or a female. Someone who was assigned female at birth and grew up to be a male, might describe himself as transgender, a transgender male, or a male.[38] Sometimes this is shortened to "trans." For more information, see the section "Understanding Gender Identity."

**Transitioning:** A series of processes that some transgender people may undergo in order to live more fully as their true gender. An umbrella term that includes social transition, such as changing name and pronouns; medical transition, which may include hormone therapy or gender affirming surgeries; and legal transition, which may include changing legal name and sex on government identity documents. Transgender people may choose to undergo some, all, or none of these processes.[39] For more information, see the section "Understanding Gender Identity."

## Understanding School Climate, Transgender and Gender Expansive Students

Schools are not only places of learning, but also "miniature societies," the climate of which directly affects how well students learn and how well they interact with their peers.[40] Since school is where students spend the majority of their time, their experiences in school have a critical impact on their overall health and well-being.[41] Although teachers and administrators work hard to make their classrooms welcoming places where every student feels recognized and included, quite often TGE students continue to face hostility and physical violence while at school.[42]

**56%**

OF LGBTQ STUDENTS SURVEYED REPORTED HARASSMENT BASED ON THEIR GENDER EXPRESSION.

In a 2019 national survey, most LGBTQ students in New York reported having had experienced anti-LGBTQ victimization at school. 56% of students surveyed reported harassment based on their gender expression and more than half of the LGBTQ students surveyed reported having had experienced at least one form of anti-LGBTQ discrimination at school during the prior school year.[43] These high rates of bullying, whether based on the actions of peers, teachers and administrators, or an overall hostile school climate, correspond to adverse health and educational consequences for TGE students.[44] A large body of research provides evidence that the ongoing stigma, stress, and systemic discrimination—which is being experienced by the majority of LGBTQ students in schools—undermines their sense of safety and has lifelong detrimental psychological, social, medical, and epigenetic effects.[45,46]

Studies have shown that LGBTQ youth experience much higher rates of depression, anxiety, alcohol and drug use, and lower self-esteem as compared to their non-LGBTQ peers.[47,48] In addition, LGBTQ students who experienced victimization due to their sexual orientation and gender expression achieved lower grade point averages than students who were less often harassed, were nearly three times as likely to have missed school in the past month, and reported a decreased sense of school belonging.[49]

The mental health disparities evidenced in the data are explained by the Minority Stress Model, which suggests that LGBTQ youth are not inherently prone to negative health outcomes but are placed at higher risk because of LGBTQ-based victimization. The internalization of these experiences and anti-LGBTQ messages can produce and exacerbate negative mental health outcomes. LGBTQ youth who hold additional marginalized identities based on race, ethnicity, and/or ability face further victimization that compounds discrimination based upon their sexual orientation or gender identity.[50]

**Adverse Consequences for TGE Students who Experience Harassment, Assault, and/or Unjust Treatment at School**

- Adverse Educational Consequences
  - Lower GPAs
  - Increased truancy
  - Increased likelihood of dropping out
  - Decreased likelihood of attending post-secondary education
- Adverse Social Consequences
  - Avoiding school functions
  - Feeling unwelcome and disconnected from others
  - Lower self-esteem
  - Increased risk of contact with the juvenile justice system
- Adverse Health Consequences
  - Higher rates of anxiety
  - Higher rates of depression
  - Higher rates of alcohol and drug use

A LOT OF TEACHERS DON'T [illegible] TRANSPHOBIC CONVERSATIONS.

SOME TEACHERS [illegible] TRANSPHOBIA.

TEACHERS DON'T SAY MUCH OR ANYTHING WHEN "LITTLE" MICROAGGRESSIONS HAPPEN.

[illegible]

NYS Student

Disparities in the application of school discipline policies to LGBTQ students are also well documented. Emerging data shows that LGBTQ students experience disproportionate disciplinary consequences, both exclusionary and non-exclusionary, as compared to their heterosexual and/or cisgender peers. For example, studies show that LGBTQ students are often disciplined for public displays of affection that do not result in similar action against non-LGBTQ students.[51] According to a national report by the Government Accountability Office, LGBTQ students are also disproportionately affected by school dress codes targeting clothing, hair styles, and head coverings.[52]

It has also been reported that when students try to protect themselves from LGBTQ bullying, teachers seldom intervene, and when they do, it is often the LGBTQ students who are punished and blamed for their own victimization.[53] The 2021 GLSEN National Survey noted that teachers/staff usage of anti-LGBTQ remarks has increased since 2019 and that they appeared less supportive and less likely to intervene when anti-LGBTQ remarks were made by others.[54]

It is important to note that the disparate use of exclusionary discipline practices has been associated with a variety of negative outcomes including, but not limited to, decreased academic achievement, increased truancy, increased dropout rates, and increased risk of contact with the juvenile justice system.[55,56]

According to a 2022 national survey, nearly 1 in 5 transgender and nonbinary youth attempted suicide last year and more than half seriously considered attempting to do so, with rates being even higher for youth of color when compared to their white peers. However, schools can play an important role in student wellbeing by creating a supportive school culture that establishes school as a safe space for all students.



LGBTQ youth who found their school environment to be LGBTQ affirming reported lower rates of attempted suicide.[57] LGBTQ youth who reported having at least one accepting adult in their lives were 40% less likely to attempt suicide.[58] Accepting and safe school environments and supportive adults in the school community can make a real difference in a student's wellbeing.

There are several supports schools should implement to improve the lives and academic futures of LGBTQ students. Based on the 2021 GLSEN National School Climate Survey, students expressed strong desire for the following resources and supports to provide a safer and more affirming school environment:

- school personnel that provide safe and affirming relationships and environments;
- staff that respond effectively and consistently to anti-LGBTQ behaviors;
- supportive school administration;
- inclusive and supportive school policies and practices;
- policies to address bullying, harassment, and assault;
- policies that specifically address TGE students;
- student-centered supportive clubs such as Gender-Sexuality Alliances/Gay Straight Alliances (GSAs), Queer Straight Alliances, Gender and Sexuality Networks;
- access to LGBTQ instruction and inclusive curricula and materials; and
- visible displays of support (Safe Space stickers, Pride flags, posters).

## Understanding Gender Identity

Gender identity is one's innermost concept of self and how one perceives and identifies themselves, including, for example, male, female, trans, transgender, queer, nonbinary, gender non-conforming, and gender expansive. Gender identity can exist on a spectrum where some individuals feel entirely male, some entirely female, and some somewhere in-between.[59] Gender identity is a mental, emotional, and spiritual state that is not determined by a person's anatomy.

Gender expression is the way a person communicates their gender identity through behavior, clothing, hairstyle, name, pronouns, and activities.

Transgender students include those whose gender identity is different from their assigned gender at birth such as an individual who was assigned female at birth but identifies as male. Nonbinary students do not identify with one specific gender but may identify as either a blend of genders or neither gender. Gender expansive students identify as a wider, more flexible range of gender identities or expressions than those typically associated with a binary gender system.[60]

The individual student is the sole person who will establish their gender identity. School staff should be careful and respectfully use the language chosen by each student. Schools should also be aware that the language of self-identity differs from person to person based on a range of factors such as age, location, race, ethnicity, culture etc. and may be flexible over time.

It is essential that schools accept and respect a student's assertion of their own gender identity. School employees should take every effort to avoid utilizing gender stereotypes with all students.

### Gender Transition

#### Social Transition

A student's gender transition and gender expression may begin with social transition. Social transition involves the student living how they identify. This process is different for every student. There is no right or wrong way to transition. Transgender students who are in the process of social transition often choose a new name and gender pronouns. They may begin to dress and style their hair in ways that better reflect their gender identity and as all young people do, seek social affirmation of their gender identity from peers and other important figures in their lives.

#### Medical Transition

Some TGE students may express readiness to reinforce their social transition with medical treatments, sometimes referred to as medical transition. The decision for a TGE student to access gender affirming medical treatment is left up to the student, their parent/guardian, and their medical care team. School personnel may provide an affirming space for TGE students to share opportunities, challenges, and aspirations for their future including medical transition. However, there is no basis to inquire about a student's medical status unless directed by the student or in case of emergency medical situations.

### Coming Out at School

Coming out is a common area of concern for TGE students. They are a diverse community and differ in how they present, how they express their gender, and how or if they come out. Coming out is an individual choice and process for everyone. It is a lifelong process of understanding, acknowledging, and sharing one's gender identity and/or sexual orientation with others.[61] Students are likely to come out to friends and teachers, as they spend most of their time within the school community growing and exploring their identities. Schools will want to create a culture of acceptance and respect for all students where gender identity and expression is understood, valued, and respected.[62]

School personnel's acceptance of a student's asserted gender identity should require no more than a statement from the student expressing their preference. Schools do not need to require permission, letters from professionals, or other proof of gender identity.

> *EXAMPLE: In one middle school, a student explained to her school counselor that she was a transgender girl who has only been able to express her female gender identity while at home. The stress associated with having to hide her female gender identity by presenting as male at school was having a negative impact on her mental health, as well as on her academic performance. The student and her parents met with the school counselor to discuss the steps she wanted to take to express her female identity at school. The school counselor responded favorably and helped to create a supportive plan. The fact that the student presented no documentation to support her gender identity was not a concern.*

NYS Student

TGE students may not come out to the entire school, or all teachers and/or administrators at once, instead choosing one or more trusted individual at a time. They may also have school staff they never come out to during their school career and there are some TGE students who go their entire school career without coming out or transitioning at all. In every case, the school's role and by extension the trusted individual's role, is to support the student.

> *EXAMPLE: Aliyah is a transgender girl but decides not to come out at school except to a few friends; therefore, in the school's database her name is Alfonzo, and her gender marker is designated as Male. During high school, Aliyah asks a trusted teacher and classmates to call her by Aliyah. The teacher uses Aliyah (she/her) to address the student in class but uses Alfonzo (he/him) when talking to other staff, faculty, and her parents. Aliyah goes her entire high school career without telling most teachers about her name and pronouns.*

In some cases, schools will need to provide extra assistance for TGE students to support them and keep them safe. Schools will want to work closely with the student and their parents/guardians, if given permission by the student to involve them in the planning, in devising an appropriate plan regarding the confidentiality of the student's TGE status. Each student has an individualized life situation that requires different school plans and responses, based on the needs, and wants of the student. It is paramount that schools are cautious about understanding each student's sense of safety and ability to be "out" at home and school.

NYS Student

When some TGE students decide to come out at school, they may feel supported and safe if other students are already aware that they are transgender. In these cases, school staff will want to work closely with the student, and whomever else the student chooses, on a plan to inform and educate the student's peers and school staff. It may also be appropriate to engage with community resources to assist with educational efforts.

Students of all identities must navigate situations and evaluate the safety of expressing their full selves. Young people are the best judges of their own sense of personal safety. For TGE students, the stakes may be higher, so it is common for these students to adapt their gender expression and tolerate being misgendered in order to move through spaces safely. Schools should not consider this adaptation as "proof" that the student is "not really" transgender or gender expansive.

> *EXAMPLE: A young transgender woman participates on the debate team. At her home school she feels safest using the women's restroom, but her debate coach didn't arrange for her to use the restroom safely when they are competing at other schools. While visiting another school for a debate, she chooses to use the men's restroom out of fear that she will get in trouble for using the women's room.*

### Family Knowledge of the Student Transition

The student is in charge of their gender transition and the school's role is to provide support. If a student has formally requested to transition at school, the school administrator or another trusted adult, preferably trained in supporting LGBTQ and Gender Expansive students, can meet with the student and determine the steps the student is comfortable taking. During this conversation, school administration or the trusted adult may want to inquire with whom the student is comfortable discussing their transition. Some TGE students have not talked to their families about their gender identity because of safety concerns or lack of acceptance and may begin their transition at school without parent/guardian knowledge.

Only the student knows whether it is safe to share their identity with caregivers, and schools should be mindful that some TGE students do not want or cannot have their parents/guardians know about their transgender status. The paramount consideration in those situations is protecting the health and safety of the student, assuring that the student's gender identity is affirmed and that their privacy and confidentiality are safely maintained. These situations should be addressed on a case-by-case basis, accounting for the student's age and maturity. Prematurely disclosing a student's gender identity can have severe consequences for the student.

| |
|---|
| If school personnel suspect child abuse or maltreatment of the student at home, they should report it to the State Central Registry at 1-800-635-1522. |

According to a recent Human Rights Campaign report, 64% of TGE students surveyed reported their families made them feel wrong for their gender identity.[63] Due to parent/guardian rejection, TGE youth reported higher rates of homelessness and housing instability. According to the Trevor Project 38% transgender females, 39% transgender males, and 35% nonbinary youth reported homelessness or housing instability.

*EXAMPLE: A student with the legal name Kevin comes out as a transgender girl and asks teachers to call her Kimi and use she/her pronouns. She is not out to her parents and requests that teachers and administration continue to use her legal name with her parents for the time being. The teachers call her Kimi and use she/her pronouns at school. When calling home for any reason, teachers use the name Kevin and he/him pronouns. Kimi writes "KD" on her papers to avoid her parents seeing her affirmed name.*

At a planning meeting, whether the parents/guardians attend or not, the school will want to:

- discuss the school's role in supporting the student's transition;
- make resources available to the student to address questions or concerns;
- discuss, as appropriate, the timing of the transition, planning responses to questions from school staff and students, changing the student's information in school records, and any other relevant matters;
- put in place measures for supporting the student and creating a safe environment;
- update student education records with the student's affirmed name and appropriate gender marker, and not circulate records with the student's legal name to ensure consistency among teachers, school administrators, substitute teachers, and other staff(For more information see educational records.); and
- discuss with the student how the student should be referred to, e.g., appropriate pronoun use, in written communication to the student's parent/guardian. Schools will want to adopt a flexible approach, given that transgender students may not feel comfortable or safe being their authentic selves in all contexts.

A Gender Support Plan is a document that can help schools systematically address various aspects of a transgender or gender expansive student's experiences at school. It can also be used to help schools create a shared understanding among students, school staff, and parents/guardians about the ways in which the student's authentic gender will be recognized and supported at school. Students should be included in the creation of these plans, even in cases where their parents/guardians/family are supportive.

**Tips for When a Student Comes Out to You**

Teachers, school counselors, coaches, or other adults who are known allies will often be the first person within a school community to whom a student will come out. When a student comes out as TGE, it is recommended that the trusted individual and the student have a conversation concerning the student's needs, concerns, goals, and safety. The first questions to ask a student who has come out are, "What do you need from me?" and "How can I help you?" Each student will have different reasons for coming out to each individual.

*EXAMPLES:*

- *José comes out as genderfluid to his math teacher because he trusts her, and just wants her to know.*

*He comes out as genderfluid to his P.E. teacher because he needs a private area to change for class.*
*He comes out as genderfluid to his school counselor because he feels unsafe at home and needs help.*

When TGE students disclose their gender identity to school personnel, it is because they feel safe. However, as students may not have disclosed their gender identity to parents/guardians, friends, or even other school staff, it is important that school personnel receiving this information keep it confidential, unless the student explicitly states otherwise. School personnel can ask questions to elicit information to inform whether the student consents to further disclosure, such as:

- Have you disclosed your gender identity to/at school, home, or the community?
    - If so, with whom did you share this, other than me?
    - If you want to tell me, what was the reaction of those you told?
- Who else would you feel comfortable sharing your gender identity with?
    - What can we do or say that this person does that makes you feel more comfortable?
- Are there people in school or at home you are not ready to share this information with?
    - Are there people at home or in school you are not ready to share your transition with? Why not?

NYS Student

School personnel will also want to assess the student's safety and wellbeing using public school protocols when necessary. Assessment of the student should include, but is not limited to:
- thoughts of suicidal ideation,
- child abuse or neglect,
- threats of violence/bullying at school, and
- risk of homelessness.

## Considerations for Student Support Professionals

All school personnel are responsible for promoting the safety and well-being of TGE students. Student support professionals (i.e., school counselors, psychologists, social workers, and nurses) can play a crucial role in ensuring the safety and well-being of TGE students, given their knowledge, skills, and abilities. All school personnel should strive to express warmth, genuineness, empathy, and unconditional positive regard for TGE students.

### School-Based Providers

Schools can be a community resource hub for students and families by hosting or referring to community partners for specific service provisions (i.e., health, mental health, afterschool programming, etc.). Before making referrals to such services or programs, schools should ensure TGE students can safely access services provided by school-based and community partners. Schools should explicitly inquire about a provider's capacity (i.e., inclusive practices, policy statement, professional development, etc.) to serve TGE students.

### Developmentally Expected Transitions

TGE students, like all students, will make developmentally expected school transitions (i.e., elementary to middle school, middle school to high school, high school to college). TGE students should be included in all activities that can support the transition to a new school (i.e., school tours, college fairs, classroom lessons related to moving up, etc.). Student support professionals should pay special attention to the needs of TGE students. In situations where a TGE student has socially transitioned at school, school personnel will want to ensure confidentiality is maintained by having a discussion with the student to determine the scope of information to share with their new school. Moreover, if a student is open about their transition, it is still important to discuss any unique circumstances related to developmentally expected transitions.

## Common Areas of Concern Relating to Transgender Students

### Names and Pronouns

Determining a name and gender pronouns corresponding to their gender identity is a significant facet of social transitioning for TGE students. It is a form of gender expression unique to their identity. Some students may decide to keep using their assigned names. Other students will use a different name from the one assigned to them at birth or a name that is a combination of the two. TGE students may also decide to transition to using gender-affirming pronouns. Pronouns chosen may be on the binary, male (he/him/his/Mr.) or female (she/her/hers/Ms.), or nonbinary (they/them/their/Mx., ze/zir/zim/Mx., or other gender-neutral pronouns). All students and staff should be addressed by the name and gender pronouns they have expressed.

### Examples of Gender Pronouns

| Subjective | Objective | Possessive | Reflexive | Example |
|---|---|---|---|---|
| She | Her | Hers | Herself | She is speaking.<br>I listened to her.<br>The backpack is hers. |
| He | Him | His | Himself | He is speaking.<br>I listened to him.<br>The backpack is his. |
| They | Them | Theirs | Themself | They are speaking.<br>I listened to them.<br>The backpack is theirs. |
| Ze | Hir/Zir | Hirs/Zirs | Hirself/Zirself | Ze is speaking.<br>I listened to hir.<br>The backpack is zirs. |

> [illegible]
> IT MAKES IT AWKWARD, LIKE I HAVE TO APOLOGIZE TO YOU FOR YOUR MISTAKE.
> [illegible]
>
> NYS Student

Students are not required to obtain parental/guardian consent or a court-ordered name and/or gender change before being addressed by their affirmed name and pronouns. All school staff members, including Bilingual Education and World Language instructors and students should refer to students by their affirmed names and pronouns. Schools will want to normalize practices that foster opportunities to affirm students' and staffs' gender identity, giving students opportunity to share their affirmed pronouns. School staff are responsible for ensuring students are referred to correctly. Intentionally referring to a student, verbally or in writing, by a pronoun inconsistent with the student's gender identity or by a name other than the student's affirmed name is a NYS Human Rights Law violation and is unacceptable.[64]

*EXAMPLE: A school sent their student roster to the yearbook company in the beginning of the year but then had a transgender student who changed their name midyear. The school took the initiative to reprint all yearbooks with the correct name.*

**Personal Challenges to Changing Names**

Affirming a student's self-identity creates a safe and supportive environment which, as indicated above, is associated with better student outcomes. It is recommended that teachers continually affirm the student's self-identity. Doing otherwise could cause stress and emotional harm to the student. Committing to a legal name change is a major step in a TGE student's transition. TGE students may encounter many challenges with the process of legally changing their name and they may have to consider adverse implications when making those changes. Some challenges include:

- needing parent/guardian consent to change their name,
- systemic discrimination,
- misalignment of identification documents,
- economic burden of paying fees associated with the change,
- lack of knowledge of the laws associated with changing their name,
- premature disclosure of their gender identity,
- displacement from home, and
- overall negative attitude toward their transition.

Some TGE students may feel their assigned name has sentimental meaning (e.g., being named after a relative) and may decide to continue to be legally recognized by this name; however, in their daily lives they may prefer to be addressed by an affirmed name that accurately affirms their gender identity.

> *EXAMPLE: Michelle (she/her) has the legal name Michael and has no plans to legally change her name to Michelle.*

### Normalizing Name and Pronoun Changes

Name changes occur often and sometimes without much consideration in heteronormative and cis-normative spaces. People may use nicknames that accurately reflect their identity.

*EXAMPLES:*

- *A student named Joseph was named after his dad, Joseph. So, the student goes by "Junior."*
- *A student named Patricia is called "Pat" or "Tricia."*

Schools can normalize all students, including TGE students, using affirmed names that are different from their legally assigned names. Everyone should share their name and pronouns at the beginning of each school year, the start of meetings, and regularly throughout the year.

In the classroom, teachers should update items that have each student's affirmed name, such as attendance lists, name plates, seating charts, or participation popsicle sticks throughout the year. If participating in virtual classrooms, schools should adjust their settings so that TGE students can edit their display names for virtual classrooms and virtual calls.

*EXAMPLES:*

- *In the welcome activity on the first day of school, a teacher privately asks students to write down the name they can find on the roster, as well as the name the student wants to be called and their pronouns. A cisgender student named Christopher writes "Christopher, Chris, he/him/his."*
  *A transgender student writes "Christopher, Christine, she/her/hers."*
- *Megan is a virtual student, but her legal first name is still showing up on the school's online learning platforms. At the request of Megan and her parents, the school consults with their student management system and Megan's legal first name is changed to her affirmed first name in the online learning platform. Her grades are still associated with her student id within the school's grading system.*

## Gender-Based Activities, Rules, Policies, and Practices

Gender-based policies, rules, and practices can have the effect of marginalizing, stigmatizing, stereotyping, and excluding students, whether they are TGE or not. For these reasons, public schools should consult with their Title IX coordinator; Diversity, Equity, and Inclusion and Accessibility staff; or committee, as well as school attorneys to review their policies, rules, and practices. Any that do not serve

a clear pedagogical purpose should be eliminated. Schools will want to avoid practices and events based on gender, instead opting for gender neutral activities. The use of colors, images, or symbols that have been traditionally associated with one gender (e.g., pink vs. blue, construction hats vs. tiaras) to divide or otherwise categorize students by gender is not recommended.

| Instead of this Gender-Based Practice | Try this Gender-Neutral Option |
|---|---|
| Referring to students as "boys and girls," "ladies and gentlemen"<br>Or<br>Referring to a group as "guys" | Refer to students as friends, learners, scholars, pals, folks, humans, people, everyone<br>Refer to students as experts in the field they're working in (Readers, writers, scientists, mathematicians, historians, artists, athletes, etc.) |
| Assuming someone's gender means they will like something<br>(A girl student is asked if her favorite color is pink. A boy student is asked if he likes football.) | Ask students what their interests are without making assumptions about the answer |
| Separating by boys/girls for two groups | Separating by last names (A-L and M-Z)<br>Separating by birthday month<br>(January-June and July-December)<br><br>Separating by a "this or that" question<br>(Fall or Winter?<br>Carrots or broccoli?<br>French toast or Pancakes?)<br><br>Count off by 2s<br><br>Equity Sticks (Popsicle sticks)[65] |
| Events such as Father-Daughter Dances | Family Dances |
| Prom King and Prom Queen | Royal Court |
| Boys play with trucks and blocks<br>Girls play dress up and with cooking toys | Let all children participate in all activities |
| Blue graduation gowns for boys<br>White graduation gowns for girls | One color for all graduates or let students choose |
| For formal events, boys must wear pants and girls must wear dresses | For formal events, wear white tops and black bottoms |

**Restrooms**

All students desire privacy and safety when using school facilities such as changing rooms and restrooms. TGE students are entitled under Title IX and the NYS Human Rights Law to use the restroom that aligns with their gender identity. The United States Department of Education has stated that:

> [u]nder Title IX, discrimination based on a person's gender identity, a person's transgender status, or a person's nonconformity to sex stereotypes constitutes discrimination based on sex. As such, prohibiting a student from accessing the restrooms that match [their] gender identity is prohibited

sex discrimination under Title IX. There is a public interest in ensuring that all students, including transgender students, have the opportunity to learn in an environment free of sex discrimination.[66]

The most common solution for this is alternative accommodations, such as a single "all gender" restroom or private changing space. These spaces may be made available to students who request them but should never be forced upon students or presented as the only option. There are many reasons a student may choose to use a particular restroom, regardless of it being a girls', boys', or gender-neutral restroom.

*EXAMPLES:*

- *Joaquin is a transgender student who prefers to use a single-stall restroom for privacy.*
- *Meghan is a cisgender student who uses the girls' restroom, but she uses a single-stall restroom when she has her period.*
- *Marcus is a transgender student who uses the boys' restroom.*
- *Nakia is a transgender student who uses the girls' restroom.*
- *Soleil is a nonbinary student who uses the girls' restroom.*
- *Colton is a cisgender student who uses either the boys' restroom or a single-stall restroom, depending on which is closer to his classroom at the time.*
- *Rory is a nonbinary student who uses the single-stall restroom.*
- *Nicole is a transgender student and prefers to use the girls' restroom, but she uses a single-stall restroom to change for P.E. class.*
- *Mrs. Wood has a class of twenty third graders who all use the single-stall restroom located in their classroom.*

Denying the use of restrooms or other facilities because of a person's gender identity is a violation of NYS Human Rights Law and is unlawful discrimination. Arrangements should be provided in a non-stigmatizing manner that protect student privacy and are not marginalizing or disruptive for the student. Under GENDA, schools may not ask a TGE person to use a single-stall restroom because of someone else's concerns or condition the use of facilities such as restrooms, locker rooms, or residential facilities upon students' provision of medical or other specific documentation.

*EXAMPLE: Jordan is a high school student who is nonbinary. Jordan feels safest using the girls' restroom. The school administration initially told Jordan to use single-occupancy restrooms only. According to the NYS Human Rights Law, the school must allow Jordan to access the facilities most consistent with Jordan's gender identity or expression. No one can be limited to using single-occupancy restrooms; therefore, Jordan is entitled to use the girls' restroom.*[67]

Schools will want to make available gender affirming facilities including designating all single stall

restrooms gender neutral in accordance with Education Law Section 409-M. Schools will want to make available multiple facility options for TGE students to use throughout the school day that are convenient to reduce disruption to their academics and social emotional well-being.

*EXAMPLES:*

- *A three-story high school had one gender-neutral restroom for students to access on the second floor, which caused students who choose to use the gender-neutral restroom to be late for class and constantly harassed by hall monitors for not being near their classroom. To be more accommodating the school constructed one gender-neutral restroom on each floor.*
- *At the start of the year, a student came out as Dominique, a transgender girl. While Dominique used to use the boys' restroom, this year she feels more comfortable using the girl's restroom. Sometimes Dominique uses a single-stall restroom as she builds her comfort and confidence in her transition, or if she feels unsafe; this does not undermine her choice to primarily use the girls' restroom*

Students must be permitted to participate in all school activities (for example, day and overnight field trips) in accordance with their gender identity asserted at school. Requests for arrangements to address privacy concerns should be made on a case-by-case basis. When planning an out of state or country field trip, teachers and school administrators should take into consideration the impact of the field trip on all who attend (students, teachers, chaperones) and consult with their school attorney regarding the laws of the state or country being traveled to.

### Inclusive Curricula and Supports

The 2021 GLSEN National Survey reports that a significant number of students are being prevented from writing or talking about LGBTQ+ issues in school projects or in extracurricular activities.[68] Education is most effective when it takes a positive student development approach; builds on young people's existing strengths, skills, and competencies; incorporates social, emotional learning; addresses the mental well-being of students; and is inclusive of all lived experiences.

Social Emotional Learning (SEL) is the process through which children, youth, and adults acquire and effectively apply the knowledge, attitudes, and skills necessary to understand and manage emotions, set and achieve positive goals, feel and show empathy for others, establish and maintain positive relationships, and make responsible decisions.[69] NYSED's NY Social Emotional Learning Benchmarks - Equity Revisions provides a starting point for district and school integration of SEL and aligns with NYSED's Culturally Responsive-Sustaining Education Framework.

Inclusive curriculum supports a student's ability to empathize, connect, and collaborate with a diverse group of peers and encourages respect for all members of a school community.[70] NYSED's Culturally Responsive-Sustaining Education Framework (CR-S) helps educators create student-centered learning environments that affirm racial, linguistic, and cultural identities; prepare students for rigor and independent learning, develop students' abilities to connect across lines of difference; elevate historically marginalized voices; and empower students as agents of social change. The core principles of CR-S include creating a welcoming and affirming environment, fostering high expectations and rigorous instruction, identifying inclusive curriculum and assessment, and engaging in ongoing professional learning and support.

Schools utilizing CR-S and SEL can provide a foundation for a welcoming and affirming learning environment where all students, including TGE students, see authentic and positive representation of their lived experiences reflected in the school curriculum and culture.

Education Law §801-A requires that students receive instruction in civility, citizenship, and character education that shall include instruction in the principles of honesty, personal responsibility, respect for others, observance of laws and rules, courtesy, dignity, and other traits which will enhance the quality of student experiences in and contributions to the community. Respect and dignity for others includes awareness and sensitivity to harassment, bullying, discrimination, and civility in the relations of people of different races, weights, national origins, ethnic groups, religions, religious practices mental or physical abilities, sexual orientations, genders, and sexes. The law places an emphasis on discouraging acts of harassment, bullying, and discrimination.

To satisfy these requirements, schools will want to consider adding inclusive curricula; for example, teaching about and reading books by authors of diverse identities and including a multicultural representation of images, decorations, and artwork around their classrooms. If offered, sexual health curriculum must be inclusive of all identities. There are opportunities and avenues for diverse identities to be included in every academic discipline.

**Physical Education & Athletics**

Physical education is a required component of P-12 education and an important part of many students' school lives. The New York State Physical Education Learning Standards are universal and not segregated by gender.[71] New York State Education Law §3201-a prohibits discrimination based on sex, including gender identity and expression, with respect to inclusion in physical education classes and athletics.[72] [73] Therefore, teachers will want to provide inclusive opportunities for all students and phase out the practice of separating physical education classes or activities by gender, as it marginalizes TGE students and marks them as "others." Separating classes by gender can be eliminated, as most sports have the same rules for all participants, even if there are slight differences in equipment (e.g., golf, basketball, volleyball, soccer, handball, ice skating, track and field, gymnastics, swimming, etc.). Instead, teachers could group students by characteristics more applicable to physical education activities, such as skill level or experience, to greater assist with student development in the sport.

Teachers should only run gender-segregated activities after careful consideration and students should be allowed to participate in a manner most consistent with their gender identity without penalty. For example, gender-specific lacrosse equipment and rules may necessitate gender-segregated practices to allow students to learn the necessary skills should they wish to pursue the sport at the post-secondary or professional level. However, teachers should provide inclusive opportunities for all students to learn how to use the equipment and explain the various rules for a given sport. Physical education teachers can use such sports as an opportunity to examine gender bias in sports, the pros and cons of gender segregation, and current events.

**Health Education**

Health education helps adolescents acquire functional health knowledge, to make good decisions about their health and wellbeing and practice skills needed to adopt and maintain healthy behaviors throughout their lives. Schools play a critical role in reducing adolescent health risks through the delivery of effective health education.[74]

Education Law § 804 (1) requires that all schools ensure their health education programs recognize the multiple dimensions of health by including mental health and the relation of physical and mental health so as to enhance student understanding, attitudes, and behaviors that promote health, well-being, and human dignity.

The Mental Health Education Literacy in Schools: Linking to a Continuum of Well-Being Comprehensive

Guide provides guidance for developing effective mental health education instruction and well-being which can be incorporated into the entire school environment.

For public school's sex education curriculum, teachers should consult the National Sex Education Standards to ensure their instruction is inclusive of TGE and nonbinary students identities and is responsive to the needs of TGE and nonbinary students. The National Sex Education Standards provide clear, consistent, and straightforward guidance on the essential, minimum core content and skills needed for sex education that is age-appropriate for students in grades K–12.

**What was Health Class like for you as a trans student?**
*Real answers from NYS Students*

- When the school separated us into boys and girls for "the talk," they didn't know where to put me, so my mom had to keep me home from school those days.
- Gender identity was brought up as an example of what not to harass people about, and that's it.
- Transgender was brought up in middle school as a definition that was vague and not entirely correct.
- I wasn't able to learn about nonbinary in school. I had to go to the internet.
- There weren't a lot of resources for anyone, but definitely none for us.
- The only time LGBTQ people were brought up was in a matching activity. It seemed like they pulled a random and inaccurate Quizlet or Kahoot to check a box that they covered that part of the curriculum.

## Privacy and Confidentiality

The federal Family Educational Rights and Privacy Act (FERPA) prohibits the improper disclosure of personally identifiable information (PII) derived from students' educational records. PII includes, but is not limited to, the student's name, date of birth, sex, gender, indirect identifiers, and other information that alone or in combination is linked or linkable to a specific student that would allow a reasonable person in the school community to identify the student[75]. In New York, Education Law section 2-d exceeds certain FERPA requirements and also prohibits the unauthorized release of a student's PII.[76]

When TGE students use an affirmed name in school, the legal name must be kept confidential by school staff. FERPA only authorizes the release of PII from education records to school officials (including teachers, among others) who have *a legitimate educational interest* in the information. Therefore, once a legal name is made confidential, the student's legal name should only be shared with school officials who have a legitimate educational interest in knowing this information. [77]

I don't feel comfortable going to administrators or teachers. They control my grades and my future. Having a bias against me because I use "they/them" pronouns and go by a different name than on an official piece of paper can have a huge impact and potentially change my future. That's why I haven't changed my name in the system.

NYS Student

## School Records

### Education Records

FERPA defines education records as records that are directly related to a student and maintained by an educational agency or institution (public school or college) or a party acting on its behalf. Education records can come in many different formats, in addition to paper.

I might skip graduation because my name isn't legally changed, and I don't want to walk across the stage and be called the wrong name. I've worked so hard to establish my identity and become someone I love. It will feel like I'm being knocked back down to hear my old name be called out on that stage.

NYS Student

### Updating Student Information in Education Records

#### Legal Name Change on Education Records

In compliance with the Gender Recognition Act, a name change order is sufficient documentation to change a student's name on any and all school records. Failure to do so may be a violation of NYS Human Rights Law. A student who has obtained a legal name change may present a court order, amended birth certificate, or government ID that reflects the name change and have the school update their name on their student record. When such documentation is submitted to a school, the school must promptly update the student's records to reflect the name change. All previous records that do not reflect the student's new, legal name should be kept in a separate, confidential folder and/or maintained in archived data in the student information system. A school's failure or refusal to amend such records could create unforeseen consequences for the student and may violate the NYS Human Rights Law.

**Request to use Affirmed Name on Education Records**

If a transgender student requests a change to educational records to reflect the stated gender identity and affirmed name and pronouns, the school should honor that request, regardless of whether a student has completed a legal name change. Schools should clearly and unambiguously advise the student that their parents/guardians may become aware of the use of an affirmed name in school and on school records, through school communication or if their parent/guardian seeks to review the student's education records. Schools can utilize a Gender Support Plan to help systematically address various aspects of a TGE student's experiences at school. It can also be used to help schools create a shared understanding among students, school staff and parents/guardians (only with student permission), about the ways in which the student's authentic gender will be recognized and supported at school. By advising the student of these potential issues, the student can make an informed decision regarding the implications of changing school records to reflect their affirmed name and gender identity and if it is a concern, schools can plan appropriately for the student's safety. With the student's consent, this may also provide an opportunity for a trusted trained school professional to facilitate a conversation between the student and their parent/guardian regarding the student's affirmed name and gender identity. Schools may want to reach out to organizations such as the Trevor Project or the Family Acceptance Project for the assistance in bridging communication between students and their parents/guardians. These agencies also provide educational resources for school staff. The most important consideration in these situations is the health and safety of the student.

Currently neither federal nor state law provides a clear rule for school districts to follow as to whether a school should change a minor student's permanent educational records upon request by the TGE student. Public schools should, therefore, consult with their legal counsel regarding their obligations and what policy the school district should adopt as to whether parental consent is necessary to change the limited records deemed to be permanent records (e.g., student transcripts). Schools may change a minor student's non-permanent educational records and call the student by their affirmed name upon request by the TGE student.

Schools will want to work with their student management system or if still using a paper system, add a space for a second/affirmed/preferred name on student records. Schools should be aware that by having two names on student education records they may inadvertently disclose the student's gender identity without the knowledge and consent of the student.

Schools should use a form, such as the model Student Name and Gender Change Request Form (Appendix A) to create a record of request.

*EXAMPLES:*

- *One school administrator dealt with information in the student's file by starting a new file with the student's affirmed name, entering previous academic records under the student's affirmed name, and creating a separate, confidential folder that contained the student's past information and legal name.*
- *A student with the legal name Samantha is transgender and goes by Sean (he/him). Sean*

*wants his name changed in the school's technology systems. Sean's parents know about his transition and are supportive but are not ready for him to legally change his name, so they do not want the school to change his name on his records. Sean, his parents, and the school met to discuss a plan for Sean's transition needs and the school suggested having both names in their database, as both could be associated with Sean's unique student identification number. Sean's parents agreed and the school consulted with their IT department and database manager to make this happen.*

**Post-Graduation Name Change Request:**

If a student is 18 years of age or older, has graduated, and is requesting that their educational records be updated to reflect a legal name change, schools should request the legal name change documentation, such as amended birth certificate, government issued ID, or court order and make the change as requested.

If a student under the above circumstances has *not* legally had their name changed and is requesting that their affirmed name be on their school records, schools should utilize a Student Name and Gender Change Request Form, such as the one provided in Appendix A.

Records with the student's legal name should be kept in a separate, confidential file or archived in the student information system.

**Updating of Gender Marker**

Public schools are discouraged from including gender on student- and school-facing records where there is little or no benefit to its inclusion. Public schools should implement a clear process to update the student's gender in school records in the limited places where gender is stored. In addition to male/female, SED has added X as a nonbinary option when reporting student gender. To assist with accurate reporting to NYSED, schools should work with their student management system vendors to offer an X gender option in addition to male/female. Referring to a student by a gender marker inconsistent with their gender identity, for example, using an X gender marker for TGE students who prefer M or F, in the student management system leads to inaccurate data and may also be discriminatory. See the New York State Information Repository System (SIRS) Manual for more information.

## Working Papers

Employment certificates and permits, commonly referred to as working papers, are official employment documents that must reflect a minor's current legal name. An employer will need to confirm that the employment certificate matches the student's identification and other legal employment documentation. Identification can be a birth certificate, state issued photo ID, driver's license, or passport. When issuing employment papers, the school should explain to the student the need to use their legal name and suggest, if the student feels comfortable, they can have a conversation with their employer asking that they be referred to by their affirmed name and have their identification badge reflect their affirmed name.

## Diplomas

Graduating from high school is a tremendous accomplishment in a student's school career. A student who requests that their affirmed name be placed on their diploma should have their request respected. A diploma is a ceremonial certificate and NYSED permits an affirmed name be used on a diploma. Prior to placing a student's affirmed name on a diploma, schools should explicitly advise the student that their parents/guardians may become aware of the use of an affirmed name on a ceremonial certification and if it is a concern, should discuss the student's safety. Alumni who had their legal name on their diploma can return after graduation and request that the school reissue their diploma with their affirmed name. Schools

should utilize the Student Name and Gender Change Request form, Appendix A, to document the student's request.

> *EXAMPLE: A student who has graduated and has begun to transition, returned to the school they graduated from and requested the school reissue their diploma with their affirmed name on it. To facilitate the name change, the school has the student complete a Student Name and Gender Change Request Form (such as the one provided in Appendix A) and subsequently issues the diploma with the student's affirmed name.*

### Standardized Test/Answer Sheets/Student Management Systems

NYSED permits the use of a student's affirmed name on state standardized tests/answer sheets. Student information on the standardized test answer sheet is driven by the student information (name) that is in a public school's student management system. Public schools will want to work with their student management system provider to associate necessary student identification data with the SED unique student identifier number, as names and genders are not sufficient in establishing a unique record. SED encourages public schools and student management system providers to collect affirmed names and X gender markers and/or male/female gender information when necessary.

Students are vulnerable before a test and anything they see that makes them uncomfortable or upset before an exam, such as seeing their legal, non-affirmed name on the test papers can impact their performance.

### Student Health Records

School health records should note the student's affirmed name and gender along with the student's legal name and sex assigned at birth. This is necessary to ensure the student's wishes are respected and affirmed while also addressing the legal requirements of health professionals to keep records that contain all pertinent information which identifies a patient and that accurately documents clinical information relating to their patients pursuant to section 29.2(3) of the Rules of the Board of Regents. Schools are reminded that health records are part of the student's education records and therefore are protected under FERPA. Disclosure of any record should only occur when there is signed consent by a parent/guardian or eligible student, a school official has a legitimate educational interest in the record, or when explicitly authorized or required by state or federal law.

It is imperative that school health professionals (nurses, nurse practitioners, physician assistants, physicians, occupational therapists, physical therapists, and speech language pathologists) only use the legal name of the student when required.

For all other situations, school health professionals must use the name and pronouns consistent with the gender identity a student asserts at school, such as when communicating with the student or about the student to others.

School health personnel must ensure privacy and confidentiality of all students and be particularly cognizant of that importance regarding the health needs of transgender students to ensure their dignity and positive health outcomes.

Public schools that access a student's or parent's public benefits or insurance (e.g., Medicaid) to bill for special education-related services under the Individuals with Disabilities Education Act (IDEA), should inform the student that for billing purposes, the school is required to use their legal/birth name when billing Medicaid.

When discussing safety planning with the student, the student should be made aware that school health professionals must document all health-related reports from the student along with the professional's assessment and care provided. The student should also be made aware that FERPA requires that a parent/guardian can review educational records which includes the health record maintained by the school. For additional information, see the Privacy Confidentiality section.

### Special Education

Special education records under IDEA including IEPs and Section 504 records under Section 504 of the Rehabilitation Act of 1973 including Section 504 accommodation plans, must meet legal requirements while balancing respect for student privacy. All IDEA and Section 504 plan records should reflect a student's affirmed name and accurate gender as asserted by the student, including in the sex or gender marker designation and in pronoun use throughout the documentation. Public Schools should take care to provide a respectful environment which honors a student's identity when updating records.

Both IDEA and Section 504 require the maintenance of historical documentation which may have the consequence of disclosing a student's gender identity against their will. Districts must maintain historical records consistent with the requirements of state and federal law, which could include amending them to accurately reflect a student's gender identity when requested by a parent/guardian or eligible student.

Districts as well as CSEs and Section 504 committees should take care to ensure that historical records are stored in an appropriately confidential manner, that access is restricted to only those with a legitimate educational interest, and that, whenever possible, student permission is obtained prior to reviewing any records that may disclose a student's gender identity. In the event that the district cannot amend the prior document to reflect a student's affirmed gender, districts should ensure that the IEP, Section 504 plan, and/or assessment documentation following a student's gender transition are thoroughly and comprehensively reviewed and that all prior information is updated to reflect the accurate student gender. New York State's mandated IEP form does not include a field for gender. The optional Student Summary Form, which public schools have the discretion to use as a supplement to a student's IEP, has been updated to provide three options to the gender field (M/F/X), consistent with New York State's Gender Recognition Act.

Note that during committee on special education (CSE) meetings and in other circumstances relevant to IEP implementation, the student's affirmed name should always be used.

## Resources, Education, and Training for Public School Personnel and Communities

As with other efforts to promote a positive school culture, school administrators and all school personnel, should become familiar with applicable laws, regulations, guidance, and related resources, and communicate and model respect for the gender identity of all students. Schools should continue to have an open dialogue with their school community when working together to foster an inclusive school environment.







The Department is committed to providing all public school students with an environment free from discrimination and harassment, to fostering civility in public schools, and to ensuring that every student has equal access to educational programs and activities. To ensure that all students—including those who identify as TGE—are provided with such an environment, public schools are required to incorporate training on these issues (e.g., cultural sensitivity/competency and legal protections) into their professional development curricula. In addition, LGBTQ inclusive curriculum is in furtherance of the requirements and objectives of the Dignity Act.[78] Schools should refer to The New York State Dignity for All Students Act: A Resource and Promising Practices Guide for School Administrators and Faculty and the DASA Training for School Employees for additional resources in creating an inclusive school community.

Public schools are encouraged to provide this update and other resources, such as training and information sessions, to the school community including, but not limited to, parents/guardians, students, and community-based organizations. These efforts will help to ensure that the school community understands the importance of a safe and supportive school environment for all students and how they can play an active role in fostering such an environment. This update cannot anticipate every situation in which questions may arise relating to TGE students. However, the Department provides assistance, support, and resources as we work together to create a safe and supportive school environment for all students. For further information or questions about the content of this update, please contact the Student Support Services Office at (518) 486-6090.

For additional information and resources regarding transgender students in schools please see below for a small sample of available government and advocacy resources:

*New York State Education Department*

The Dignity for All Students Act

The Dignity for All Students Act seeks to provide the State's public elementary and secondary school students with a safe and supportive environment free from discrimination, intimidation, taunting, harassment, and bullying on school property, a school bus, and/or at a school function.

*New York City Department of Education*

Guidelines to Support Transgender and Gender Expansive Students

The New York City Department of Education (NYC DOE) guidance supports transgender and gender expansive students attending NYC DOE public schools. While the guidance does not apply statewide, it is offered as a resource.

Guidelines on Gender Inclusion and Dress Code Guidelines may also be a helpful resource for public schools.

*United States (US) Department of Justice, Civil Rights Division*

Memorandum to Federal Agency Civil Rights Directors and General Counsels
Application of Bostock v. Clayton County to Title IX of the Education Amendments of 1972

*US Department of Education*

U.S. Department of Education Supporting Transgender Youth in Schools
Document outlining how schools can support transgender students and how the U.S. Department of Education supports transgender students who experience discrimination.

*Centers for Disease Control and Prevention*

Creating Safe Schools for LGBTQ+ Youth
This brief provides key learning objectives that public schools can incorporate into their professional development offerings to help teachers and other school staff build core competencies for supporting LGBTQ+ youth in schools.
Transgender Identity and Experiences of Violence, Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students- 19 States and Large Urban School Districts, 2017
A pilot health survey which identifies multiple areas in which transgender youth experience disproportionately negative health outcomes as compared to their cisgender peers.
High School YRBS, New York 2019 Results
The Youth Based Behavioral Surveillance System national survey results for New York State high school students covering health behaviors that contribute markedly to the leading causes of death, disability and social problems among youth and adults in the United States.
Center of Excellence LGBTQ+ Behavioral Health Equity
The Center of Excellence provides a guide entitled, Language Guidance When Serving LGBTQ+ Populations as well as other resources. The language guidance provided the most recent language used in the LGBTQ communities.

*Presidential Executive Orders*

Executive Order 13988 of January 20, 2021
Executive Order by President Biden on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation
Executive Order 14021-Guaranteeing an Educational Environment Free From Discrimination on the Basis of Sex, Including Sexual Orientation or Gender Identity March 8, 2021

*The Equity Project at Indiana University*

Documenting Disparities for LGBT Students: Expanding the Collection and Reporting of Data on Sexual Orientation and Gender Identity
A report produced by the Discipline Disparities Research to Practice Collaborative addressing discipline disparities faced by LGBT students and offering recommendations to rectify the situation.

*Facing Today A Facing History Blog*

How to Build an Affirming Classroom in the Face of Anti-Trans Legislation
A blog post that includes strategies and resources for educators in creating a classroom environment that is inclusive, welcoming, and affirming for all students.

*Gender Inclusive Biology*

A site created and maintained by a team of science teachers offering lesson materials, teaching guides and other resources for educators across the world who wish to grow a more gender-

inclusive biology curriculum for the future.

*Gender Spectrum*

A national organization committed to the health and well-being of gender-diverse children and teens through education and support for families, and training and guidance for educators, medical and mental health providers, and other professionals.

*Gender Support Plans*

A detailed form that helps to create a shared understanding among school staff, parents/guardians, and the student about the ways in which the student's authentic gender will be accounted for and supported at school.

Chicago Public Schools Gender Support Plan for Transgender and Gender Nonconforming Students

Gender Spectrum Gender Support Plan

New York City Guidelines to Support Transgender and Gender Expansive Students - Supporting Students

San Diego Unified School District's Gender Support Plan

Stockton Unified School District Gender Support Plan

Salt Lake City Confidential Gender Support Plan

*GLAAD*

GLAAD 2022 Social Media Safety Index

The SMSI provides recommendations for the social media industry at large and reports on LGBTQ user safety across five major social media platforms.

*GLSEN*

2021 National School Climate Survey

2019 National School Climate Survey

The results of two nationwide surveys documenting the experiences of LGBTQ youth in schools.

Gender Affirming and Inclusive Athletics Participation

A report supported by evidence-based, peer-reviewed research on the importance of gender affirming and inclusive athletics programs including recommendations for inclusive athletic guidance and additional resources.

Educator Resources

A collection of guides, lesson plans, policy, and advocacy resources, and professional development material for educators.

Professional Development Resources

An offering of tools and resources for educators who seek to make their classrooms and schools safe for all students.

*Human Rights Campaign*

2018 LGBTQ Youth Report

A comprehensive nationwide survey capturing the experiences of LGBTQ youth in their family settings, schools, social circles, and communities.

Schools In Transition: A Guide for Supporting Transgender Students in K-12 Schools

A guide for administrators, teachers, parents/guardians, and other adults who work with youth

covering topics ranging from basic concepts of gender and the importance of affirming gender identity to best practices for restroom access and work with unsupportive parents/guardians.
Creating Safe and Welcoming Schools
A comprehensive bias-based bullying prevention program which provides LGBTQ and gender inclusive professional development training, lesson plans, booklists, and resources specifically designed for educators and youth-serving professionals.

*Learning for Justice*
Creating an LGBT-Inclusive School Climate
A guide for school leaders on building inclusive and supportive school climates for LGBT students.
Being There for Nonbinary Youth Sometimes the "T" in the LGBTQ Gets Overlooked
An article illustrating how transgender student's feel, the importance of mentorship and the support they need.

*National Center for Transgender Equality*
Identification Documents and Transgender People: An Overview of the Name and Gender Marker Change Process in the United States
A brief overview of the types of documents one may consider updating and check lists covering the process to change them.
Name Changes for Minors in New York
A review of the legal requirements for and the process of legal name changes for minors in the state of New York.
Questionable Questions About Transgender Identity
A guide intended to help people decide whether a particular question is appropriate to ask a transgender person along with answers to common specific questions and an explanation regarding why a transgender person may be uncomfortable if asked those questions directly.

*National Association of Secondary School Principals*
Position Statement: Transgender Students
An outline of the organization's acknowledgement of the marginalization and institutional bias faced by transgender students, its opposition to legislation and policies that discriminate against these students, and recommendations to federal, state, and local policy makers and school leaders on how to better support transgender students in the K-12 education system.

*Pronoun use in Languages Other than English*
Introducing a gender-neutral pronoun in a natural gender language: the influence of time on attitudes and behavior
This is a study of the introduction of the gender-neutral pronoun "hen" and how it was introduced to the Swedish language. The study also provides citations to other research, on the role gender plays in language and its meaning/interpretation by those using the language.
A Simple Guide to the Complex Topic of Gender-Neutral Pronouns
An article discussing the assignment of masculine and feminine articles to nouns and the use of the singular they.
How Gender-Neutral Language has Evolved Around the World
A blog post that discusses grammatical gender and gendered language, where gender shows up in language, gender neutral language, and diversity of language.

*Public Broadcasting System (PBS) for New York Educators*
Understanding LGBTQ+ Identity: A Toolkit for Educators
A series of digital media resources to help teachers, administrators, school counselors, and other educators understand and effectively address the complex and difficult issues faced by LGBTQ students.

*San Francisco State University*

Family Acceptance Project

A research, intervention, education, and policy initiative to prevent health and mental health risks and to promote well-being for LGBTQ youth including suicide, homelessness, drug use, and HIV – in the context of the families, cultures, and faith communities.

*Substance Abuse and Mental Health Services Administration (SAMHSA)*

*Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth*

The report provides comprehensive research and important information on behavioral health concerns within the LGBTQI+ community. The report provides a road map centered on evidence-based care and helpful interventions for clinicians/providers, educators, and families to improve the behavioral health of LGBTQI+ youth.

*The Trevor Project*

2022 National Survey on LGBTQ Youth Mental Health

The results of a national survey on the mental health of LGBTQ youth ages 13-24.

Accepting Adults Reduce Suicide Attempts Among LGBTQ Youth

A 2019 evidence based, peer reviewed report on the study of LBGTQ youth mental health and suicidal ideation.

Ally Training

Is designed to create dialogue around being an adult ally for LGBTQ youth by informing participants about common terminology, the "coming out" process, and challenges at home, in school, and the community.

CARE (Connect, Accept, Respond, Empower) Training

Is an interactive training for adults with an overview of suicidal ideation among LGBTQ youth and the different environmental stressors that contribute to their heightened risk for suicide.

Behaviors of Supportive Parents and Caregivers for LGBTQ Youth

A study of the importance of accepting behaviors and supportive actions by caregivers to LGBTQ youth.

Resilience and Mental Health Among LGBTQ Youth

A report on the association of higher resilience and better mental health outcomes among LGBTQ youth.

Bullying and Suicide Risk among LGBTQ Youth

A report which articulates the strong correlation between negative treatment by others and increased risk of suicide among LGBTQ youth.

Diversity of Youth Gender Identity

A report on the youth self-reported gender identity and diversity data from the Trevor Project's 2019 Nation Survey on LGBTQ Mental Health.

*Women's Sports Foundation*

The Foundation Position: Participation of Transgender Athletes in Women's Sports

A policy statement by the Women's Sports Foundation in support of the participation of transgender athletes in school sports.

# Appendix

The following appendix is provided to schools to afford easy access to a resource that can be used to support TGE students in school.

## Appendix A: Student Name and Gender Change Request Form

The Student Name and Gender Change Request Form can be used by a parent/guardian, or a student 18 years of age or older to change a student's name and/or gender in the student's permanent educational records when there is no documentation of legal name change and/or government ID indicating the updated gender.

**MODEL Student Name and Gender Change Request Form**

Directions: This form must be submitted by a parent/guardian, or a student 18 years of age or older, to change a student's name and/or gender in the student's permanent educational records when there is no documentation of a legal name change and/or government ID indicating the updated gender.

The ______________________________ will archive your student's legal name in their student
name of school/school district
management system (SMS) to accurately identify their records. Once their name is updated in the SMS, their chosen name will appear on the student's permanent education records going forward.

Parents/guardians must use this form to request a change in SMS to any of the following:

- The student's gender marker, and/or
- The student's chosen name, when there is no documentation of legal name change (for example, if you do not have a court order, amended birth certificate, or government ID reflecting the name change)

Current and former students who are 18 years of age or older must also use this form to change their gender marker and/or chosen name.

**Updating Your Student's Gender Marker**

To update your student's gender where gender is recorded, select the option that best describes your student's gender. The option you select does not have to match your student's birth certificate or other documentation. Select only one option:

- ☐ F-Female: My student identifies as female
- ☐ M-Male: My student identifies as male
- ☐ X-Neither Female or Male: My student does not identify as female or male (for example, identifies as nonbinary, gender expansive or gender fluid)

**Updating Your Student's Chosen Name**

If your student uses a chosen name (a different first name than what appears on legal documentation), you can choose to have this name displayed on report cards, transcripts, attendance rosters, and other important documents.

I would like to update my student's chosen first name to: ________________________

By signing below, you understand that:

- Updating a chosen name and/or gender in the SMS is not a legal name change.
- A student's legal name may be required for certain benefits and services. School records with a different name than the student's legal name may create delays or issues. You can obtain a letter from your school to help explain how your student's name appears on their records.
- All previous records generated from the SMS prior to the date of the change will reflect the student's previous name and/or gender.
- The student's legal name and/or previously designated gender will be archived to enable records to be cross-referenced, while maintaining confidentiality.

Parent/Guardian Name: ____________________ Parent/Guardian Signature: ____________________

Student Name: ________________________ Student Signature: ________________________

Date: ________________________________

School use only: Date entered into student management system: ____________________

Adapted from the NYC Student Name and Gender Change Request Form 8/22

Endnotes

[1] A.G. Schneiderman And State Education Commissioner Elia Issue Reminder That New York State Protects Transgender Students. (n.d.). New York State Education Department. http://www.nysed.gov/news/2017/ag-schneiderman-and-state-education-commissioner-elia-issue-reminder-new-york-state

[2] Schneiderman, E., & Elia, M. (2018). STATE OF NEW YORK NEW YORK STATE EDUCATION DEPARTMENT OFFICE OF THE ATTORNEY GENERAL THE UNIVERSITY OF THE STATE OF NEW YORK. http://www.nysed.gov/common/nysed/files/nysed-oag-joint-guidance-letter-2-28-18.pdf

[3] Kosciw, J. G., Clark, C. M., & Menard, L. (2022). The 2021 National School Climate Survey: The experiences of parent+ youth in our nation's schools. New York: GLSEN.

[4] N.Y. EXEC. LAW §§ 292(35) (defining "gender identity or expression"), 296(4) (requirements for educational institutions); 9 NYCRR §§ 466.13 ("Discrimination on the basis for gender identity), 466.13(b)(d) ("Discrimination on the basis of gender dysphoria or other condition meeting the definition of disability in the Human Rights Law set out below is disability discrimination.").

[5] N.Y. EXEC. LAW § 292(39) (defining "educational institution); New York State Division of Human Rights, *Educational Institutions: Your Rights Under the Human Rights law as a Student or Applicant, available at* https://dhr.ny.gov/sites/default/files/pdf/nysdhr-education-discrimination.pdf

[6] New York State Gender Recognition Act FAQs (2022). https://ahihealth.org/wp-content/uploads/2022/03/NYS-Gender-Recognition-Act-FAQS.pdf

[7] U.S. Department of Education Confirms Title IX Protects Students from Discrimination Based on Sexual Orientation and Gender Identity | U.S. Department of Education. (2021, June 16). Www.ed.gov. https://www.ed.gov/news/press-releases/us-department-education-confirms-title-ix-protects-students-discrimination-based-sexual-orientation-and-gender-identity (Discrimination based on sex includes discrimination based on gender identity.)

[8] N.Y. EDUC. LAW §3201-a. Retrieved February 9, 2023, from https://www.nysenate.gov/legislation/laws/EDN/3201-A

[9] N.Y. EDUC. LAW ART 2; 8 NYCRR §§100.2(c), (l), (jj), (kk).

[10] N.Y. EDUC. LAW §12.

[11] 8 NYCRR 100.2(kk)(1)(x).

[12] N.Y. EDUC. LAW § 11(6). For an extensive resource on the implementation of the Dignity Act, please see the New York State Education Department's (NYSED) publication: The Dignity Act, *A Resource and Promising Practices Guide for School Administrators & Faculty available at* https://www.p12.nysed.gov/dignityact/documents/FINALDignityForAllStudentsActGuidanceDec2017.pdf

[13] 20 U.S.C. § 1681(a); 34 C.F.R. § 106.31(a); 28 C.F.R. § 54.400(a)

[14] *See, e.g.*, *Bostock v. Clayton Cnty.*, 140 S. Ct. 1731 (2020) (holding that gender identity and sexual orientation are protected under the "sex" provisions of Title VII); *Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586, 616 (4th Cir. 2020), as amended (Aug. 28, 2020), reh'g en banc denied, 976 F.3d 399 (4th Cir. 2020), petition for cert. filed, No. 20-1163 (Feb. 24, 2021), petition for cert. denied, No. 20-1163 (June 28, 2021); *Adams v. Sch. Bd. of St. Johns Cnty.*, 968 F.3d 1286, 1305 (11th Cir. 2020), petition for reh'g en banc pending, No. 18- 13592 (Aug. 28, 2020) (Title IX protects transgender students from discrimination on the basis of gender identity). *See also*, *Whitaker By Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ.*, 858 F.3d 1034, 1049–50 (7th Cir. 2017) (transgender boy was likely to succeed on his claim that school district violated Title IX by excluding him from the boys' restroom); *Dodds v. U.S. Dep't of Educ.*, 845 F.3d 217, 221–22 (6th Cir. 2016) (per curiam) (school district that sought to exclude transgender girl from girls' restroom was not likely to succeed on the claim because Title IX prohibits discrimination based on sex stereotyping and gender nonconformity); Pamela S. Karlan, Memorandum on Application of Bostock v. Clayton County to Title IX of the Education Amendments of 1972, (Mar. 26, 2021), https://www.justice.gov/crt/page/file/1383026/download.

[15] *Soule by Stanescu v. Connecticut Ass'n of Sch., Inc.*, 57 F.4th 43, 47 (2d Cir. 2022) (affirming lower court decision and finding discrimination against transgender students violates Title IX consistent with Bostock, claims that cisgender girls were denied opportunities or championships are moot and unfounded (on multiple occasions, the cisgender young women placed first, including when competing against transgender athletes), those cisgender students lacked standing to challenge the athletic association's gender inclusion policy).

[16] See, e.g., U.S. Dep't of Educ., Letter from Suzanne B. Goldberg, (Apr. 6, 2021), https://www2.ed.gov/about/offices/list/ocr/correspondence/stakeholders/20210406-titleix-eo-14021.pdf

[17] *PFLAG*. (2022, June 1). Pflag.org. https://pflag.org/glossary

[18] Human Rights Campaign. (2011, August 16). *Glossary of Terms | Human Rights Campaign*. Human Rights Campaign. https://www.hrc.org/resources/glossary-of-terms

[19] See Endnote 18.

[20] See Endnote 18.

[21] See Endnote 18.

[22] See Endnote 18.

[23] See Endnote 18.

[24] See Endnote 18.

[25] See Endnote 13.

[26] See Endnote 18.

[27] Terminology LGBTQ+» Undergraduate Programs» College of Public Health and Health Professions» University of Florida. (n.d.). Retrieved November 10, 2022, from https://undergrad.phhp.ufl.edu/phhp-undergraduate-diversity-caucus/terminology-lgbtq/#:~:text=Gender%20dysphoria%3A%20Clinically%20significant%20distress

[28] See Endnote 18.

[29] 2022 National Survey on LGBTQ Youth Mental Health. (n.d.). *The Trevor Project*. Retrieved May 23, 2022, from https://www.thetrevorproject.org/survey-2022/?c_src=email&c_src2=dt-20220519-c-MayNewsletter-mc-5215e704fd

[30] See Endnote 18.

[31] Legislative Memo: Intersex Education and Outreach. (2022, May 3). *New York Civil Liberties Union*. https://www.nyclu.org/en/legislation/legislative-memo-intersex-education-and-outreach

[32] See Endnote 18.

[33] See Endnote 18.

[34] Guidance on Protections from Gender Identity Discrimination Under New York State Human Rights Law (2020, January 29) *New York State Division of Human Rights*. https://dhr.ny.gov/system/files/documents/2022/04/nysdhr-genda-guidance-2020.pdf

[35] See Endnote 18.

[36] See Endnote 18.

[37] See Endnote 18.

[38] See Endnote 18.

[39] See Endnote 18.

[40] TEACHING TOLERANCE A Teaching Tolerance Guide for School Leaders CREATING AN LGBT-INCLUSIVE SCHOOL CLIMATE BEST PRACTICES CREATING AN LGBT-INCLUSIVE SCHOOL CLIMATE A TEACHING TOLERANCE GUIDE FOR SCHOOL LEADERS. (2017). *Learning for Justice*, from https://www.learningforjustice.org/sites/default/files/2017-11/Teaching-Tolerance-LGBT-Best-Practices-2017-WEB-Oct2017.pdf

[41] LGBTQ Youth Report 2018. (n.d.). Retrieved April 22, 2022, from https://hrc-prod-requests.s3-us-west-2.amazonaws.com/files/assets/resources/2018-YouthReport-NoVid.pdf

[42] See Endnote 41.

[43] State-by-State Research-2019 State Snapshots from the National School Climate Survey (2019). GLSEN. Retrieved April 22, 2022, from https://www.glsen.org/sites/default/files/2021-01/New-York-Snapshot-2019.pdf

[44] The 2021 National School Climate Survey The Experiences of LGBTQ+ Youth in Our Nation's Schools. (n.d.). https://www.glsen.org/sites/default/files/2022-10/NSCS-2021-Full-Report.pdf

[45] Adverse Childhood Experiences Prevention Strategy. (n.d.). https://www.cdc.gov/injury/pdfs/priority/ACEs-Strategic-Plan_Final_508.pdf

[46] Hatzenbuehler, M. L., & Pachankis, J. E. (2016). Stigma and Minority Stress as Social Determinants of Health Among Lesbian, Gay, Bisexual, and Transgender Youth: Research Evidence and Clinical Implications. Pediatric Clinics of North America, 63(6), 985–997. https://doi.org/10.1016/j.pcl.2016.07.003

[47] See Endnote 41.

[48] Youth Online: High School YRBS – Unites States 2021 Results/DASH/CDC. (n.d.). Nccd.cdc.gov Retrieved April 28, 2023, from https://nccd.cdc.gov/Youthonline/App/Results.aspx?TT=A&OUT=0&SID=HS&QID=QQ&LID=XX&YID=2021&LID2=&YID2=&COL=I&ROW1=N&ROW2=N&HT=QQ&LCT=LL&FS=S1&FR=R1&FG=G1&FA=A1&FI=I1&FP=P1&FSL=S1&FRL=R1&FGL=G1&FAL=A1&FIL=I1&FPL=P1&PV=&TST=False&C1=&C2=&QP=G&DP=2&VA=CI&CS=Y&SYID=&EYID=&SC=DEFAULT&SO=ASC&PF=1

[49] See Endnote 46.

[50] Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. Psychol Bull. 2003 Sep;129(5):674-697. doi: 10.1037/0033-2909.129.5.674. PMID: 12956539; PMCID: PMC2072932.

[51] School Climate for LGBTQ Students in New York, GLSEN 2019 State Snapshot, The 2019 National School Climate Survey, The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in our Schools. (n.d.)

[52] K-12 Education Department of Education Should Provide Information on Equity and Safety in Schools Dress Codes Report to Congressional Addressees United States Government Accountability Office. (2022). https://www.gao.gov/assets/gao-23-105348.pdf

[53] Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2014). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. Journal of Adolescent Research, 30(1), 57–82. https://doi.org/10.1177/0743558414557625

[54] See Endnote 46.

[55] Arredondo, M., Gray, C., Russell, S., Skiba, R., & Snapp, S. (2016). Discipline Disparities Series Documenting Disparities for LGBT Students Documenting Disparities for LGBT Students: Expanding the Collection and Reporting of Data on Sexual Orientation and Gender Identity In the Series: Discipline Disparities Series: Overview Interventions for Reducing Disparities Policy Recommendations for Reducing Disparities New and Developing Research Acknowledging Race Documenting Disparities for LGBT Students. https://vtechworks.lib.vt.edu/bitstream/handle/10919/86981/DisparitiesLGBTStudents.pdf?sequence=1&isAllowed=y

[56] See Endnote 44.

[57] See Endnote 29.

[58] Accepting Adults Reduce Suicide Attempts Among LGBTQ Youth. (2019, June 27). The Trevor Project. https://www.thetrevorproject.org/research-briefs/accepting-adults-reduce-suicide-attempts-among-lgbtq-youth/

[59] New York City Department of Education. (2022.) Guidelines to Support Transgender and Gender Expansive Students. New York City Department of Education. https://www.schools.nyc.gov/school-life/school-environment/guidelines-on-gender/guidelines-to-support-transgender-and-gender-expansive-students

[60] Orr, A., & Baum, J. (2015). Schools in transition: A guide for supporting transgender students in K-12 schools. Retrieved on August 26, 2022. https://hrc-prod-requests.s3-us-west2.amazonaws.com/files/assets/resources/Schools-In-Transition.pdf

[61] American Academy of Pediatrics. (2019). Coming Out: Information for Parents of LGBT Teens. HealthyChildren.org. https://www.healthychildren.org/English/ages-stages/teen/dating-sex/Pages/Four-Stages-of-Coming-Out.aspx

[62] See Endnote 29.

[63] Gender-Expansive. (n.d.). Retrieved December 14, 2022, from https://hrc-prod-requests.s3-us-west-2.amazonaws.com/files/assets/resources/GEreport1.pdf.

[64] *The Dignity Act, A Resource and Promising Practices Guide for School Administrators & Faculty* available at https://www.p12.nysed.gov/dignityact/documents/FINALDignityForAllStudentsActGuidanceDec2017.pdf

[65] Goodrich, Kelly (2012). *Classroom techniques: Formative assessment technique number 1.* NWEA. https://www.nwea.org/blog/2012/classroom-techniques-formative-assessment-technique-number-one/

[66] See Endnote 16.

[67] See Endnote 34.

[68] The 2021 National School Climate Survey The Experiences of LGBTQ+ Youth in Our Nation's Schools. (n.d.). https://www.glsen.org/sites/default/files/2022-10/NSCS-2021-Full-Report.pdf

[69] *SOCIAL EMOTIONAL LEARNING: ESSENTIAL FOR LEARNING, ESSENTIAL FOR LIFE.* (2018) https://www.p12.nysed.gov/sss/documents/SELEssentialforLearningandLife.pdf

Endnotes

---

[70] *Inclusive Curriculum Guide.* (2022, January 1). GLSEN. https://www.glsen.org/activity/inclusive-curriculum-guide#:~:text=Inclusive%20curriculum%20supports%20a%20student

[71] *The New York State Physical Education Learning Standards* (2020). New York State Education Department. http://www.nysed.gov/common/nysed/files/programs/curriculum-instruction/new-york-physical-education-learning-standards-2020.pdf

[72] See Endnote 8.

[73] See Endnote 15.

[74] Centers for Disease Control and Prevention. (2021, April 21). Health education in schools | CDC. Www.cdc.gov. https://www.cdc.gov/healthyyouth/health-education/index.htm

[75] 34 CFR 99.3; 20 U.S.C. §1232g

[76] NYSED. (n.d.). *Education Law Section 2-D Definitions.* http://www.nysed.gov/data-privacy-security/education-law-section-2-d-definitions

[77] U.S Department of Education. (n.d.). *Under FERPA, may an educational agency or institution disclose education records to any of its employees without consent? | Protecting Student Privacy.* Studentprivacy.ed.gov. Retrieved June 30, 2022, from https://studentprivacy.ed.gov/faq/under-ferpa-may-educational-agency-or-institution-disclose-education-records-any-its-employees#:~:text=12%20School%20Officials-

[78] N.Y. Education Law §801-a; NYCRR §100.2(c)(2)

The New York State Archives, Student Records: Academic Records and Commissioner's regulation §185.12 A1.[275], provide complete listings of records retention.

Exhibit J

The information below was released on July 20, 2015. A legal update and best practices framework document was released on June 12, 2023.

THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

**Guidance to School Districts for**
**Creating a Safe and Supportive School Environment**
**For Transgender and Gender Nonconforming Students**
**JULY 2015**

**Introduction**

The New York State Education Department ("NYSED") is committed to providing all public school students, including transgender and gender nonconforming ("GNC") students, with an environment free from discrimination and harassment, to fostering civility in public schools, and to ensuring that every student has equal access to educational programs and activities. The Dignity for All Students Act ("DASA") illustrates the State's commitment to ensuring that all students are educated in a safe and supportive school environment.[1]

New York State Education Law § 3201-a prohibits discrimination based on sex with respect to admission into or inclusion in courses of instruction and athletic teams in public schools.[2] Furthermore, DASA specifically provides that "no student shall be subjected to harassment or bullying by employees or students on school property or at a school function; nor shall any student be subjected to discrimination based on a person's actual or perceived race, color, weight, national origin, ethnic group, religion, religious practice, disability, sexual orientation, gender (including gender identity or expression), or sex by school employees or students on school property or at a school function."[3] DASA includes gender as a protected category and defines gender as "a person's actual or perceived sex and includes a person's gender identity or expression."[4]

Title IX of the Education Amendments of 1972 ("Title IX") specifically prohibits discrimination on the basis of sex in federally-funded education programs and activities.[5] The United States Department of Education's Office for Civil Rights has issued guidance recognizing that Title IX protects transgender students against discrimination based on their gender identity.[6]

[1] N.Y. EDUC. LAW ART 2.
[2] N.Y. EDUC. LAW § 3201-a. Some states and local governments have adopted legislation providing explicit protections for transgender students in public schools. *See e.g.* CAL. EDUC. CODE § 221.5, MASS. GEN. L. CH. 76, § 5. *See also* NEW YORK CITY, N.Y. ADMIN. CODE §§ 8-101 TO 8-1103, BINGHAMTON, N.Y. CODE PT. I, §§ 45, 45-A.
[3] N.Y. EDUC. LAW § 11(7); 8 NYCRR § 100.2[l][2].
[4] N.Y. EDUC. LAW § 11(6). For an extensive resource on the implementation of DASA, please see the New York State Education Department's (NYSED) publication: The Dignity Act, *A Resource and Promising Practices Guide for School Administrators & Faculty available at* http://www.p12.nysed.gov/dignityact/resourceguide.html
[5] 20 U.S.C. § 1681(a); *see also* 34 C.F.R. § 106.31(a); 28 C.F.R. § 54.400(a)
[6] *See* 20 U.S.C. §§ 1681-1688 (2006); 34 C.F.R. Part 106 (2010); 54 C.F.R. Part 54 (2000); United States Department of Education, Office for Civil Rights, Questions and Answers on Title IX and Single-Sex Elementary and Secondary Classes and Extracurricular Activities (December 1, 2014), available at

Additionally, the U.S. Departments of Education and Justice have stated that under Title IX, "discrimination based on a person's gender identity, a person's transgender status, or a person's nonconformity to sex stereotypes constitutes discrimination based on sex" and asserted a significant interest in ensuring that all students, including transgender students, have the opportunity to learn in an environment free of sex discrimination in public schools.[7]

The purpose of this guidance is to assist school districts in fostering an educational environment for all students that is safe and free from discrimination—regardless of sex, gender identity, or expression—and to facilitate compliance with local, state and federal laws concerning bullying, harassment, discrimination, and student privacy. All students need a safe and supportive school environment to progress academically and developmentally. Administrators, faculty, staff, and students each play an important part in creating and sustaining that environment. This guidance document is intended as a resource guide to help school and district administrators continue to take proactive steps to create a culture in which transgender and GNC students feel safe, supported, and fully included, and to meet each school's obligation to provide all students with an environment free from harassment, bullying and discrimination. This guidance is intended to be complimentary to the existing comprehensive resources made available by NYSED relating to the implementation of DASA.[8]

In order to make this document as helpful as possible, illustrative examples that highlight frequently-asked questions appear throughout in italics. These scenarios and remedies are based on real-life examples from New York-based students and schools, and are not meant to be exhaustive of all potential scenarios or remedies appropriate for each school community.

**Definitions**

Understanding the common terminology associated with gender identity is important to providing a safe and supportive school environment for students. The following terms appear in this document and we present the following definitions used by research, advocacy and governmental organizations to assist in understanding the guidance presented. Although these are the most commonly used terms, students may prefer other terms to describe their gender identity, appearance, or behavior. Terminology and language describing transgender and GNC individuals can differ based on region, language, race or ethnicity, age, culture, and many other factors. Generally speaking, we recommend that school staff and educators inquire which terms students prefer; a good general guideline is to employ those terms which the students use to describe themselves.

*Assigned Sex at Birth:* the sex designation, usually "male" or "female," assigned to a person when they are born.[9]

---

http://www2.ed.gov/about/offices/list/ocr/docs/faqs-title-ix-single-sex-201412.pdf, at 25; United States Department of Education, Office for Civil Rights, Questions and Answers on Title IX and Sexual Violence (April 29, 2014), available at http://www2.ed.gov/about/offices/list/ocr/docs/qa-201404-title-ix.pdf, at 5.

[7] Statement of Interest of the United States, *Grimm v. Gloucester County School Board*, Case No. 4:15cv54 (E.D. Virg. filed June 29, 2015), at 2, *available at* https://www.aclu.org/sites/default/files/field_document/stmtinterestunitedstatesecf28_redacted.pdf

[8] N.Y. EDUC. LAW ART. 2.

[9] *See* GLAAD Media Reference Guide – Transgender Issues, *available at* http://www.glaad.org/reference/transgender, Trans Student Educational Resources (TSER) – Definitions, *available*

*Cisgender*: an adjective describing a person whose gender identity corresponds to their assigned sex at birth.

*Gender expression*: the manner in which a person represents or expresses gender to others, often through behavior, clothing, hairstyles, activities, voice, or mannerisms.[10]

*Gender identity*: a person's gender-related identity, appearance or behavior, whether or not that gender-related identity, appearance or behavior is different from that traditionally associated with the person's physiology or assigned sex at birth. Everyone has a gender identity.[11]

*Gender nonconforming (GNC)*: a term used to describe people whose gender expression differs from stereotypic expectations. The terms "gender variant" or "gender atypical" are also used. Gender nonconforming individuals may identify as male, female, some combination of both, or neither.[12]

*Sexual Orientation*: a person's emotional and sexual attraction to other people based on the gender of the other person. Sexual orientation is not the same as gender identity. Not all transgender youth identify as gay, lesbian or bisexual, and not all gay, lesbian and bisexual youth display gender-nonconforming characteristics.[13]

*Transgender*: an adjective describing a person whose gender identity does not correspond to their assigned sex at birth.[14]

*Transition*: the process by which a person socially and/or physically aligns their gender expression more closely to their actual gender identity and away from that associated with their assigned sex at birth.

**Understanding School Climate and Transgender Students**

Research indicates that transgender and GNC students are targeted with physical violence and experience a hostile school environment at an even higher rate than their Lesbian, Gay, and

---

*at* http://transstudent.org/definitions; *see also* Resolution Agreement Between Arcadia Unified Sch. Dist., the U.S. Dept. of Educ., and the U.S. Dept. of Justice, OCR Case No. 09-12-1020, DOJ Case No. 169-12C-70 (July 24, 2013).

[10] GLSEN Model District Policy on Transgender and Gender Nonconforming Students, *available at* http://www.glsen.org/sites/default/files/Trans_ModelPolicy_2014.pdf; Massachusetts Dep't of Educ. Guidance, *available at* http://www.doe.mass.edu/ssce/GenderIdentity.pdf.

[11] Mass. Gen. Laws ch. 4, § 7; Massachusetts Dep't of Educ. Guidance.

[12] Massachusetts Dep't of Educ. Guidance; *see also* GLSEN Model District Policy on Transgender and Gender Nonconforming Students ("A term for people whose gender expression differs from stereotypical expectations…").

[13] California School Board Association, *Policy Brief: Providing a Safe, Nondiscriminatory School Environment for Transgender and Gender-Nonconforming Students*, 1 (2014), *available at* http://www.csba.org/~/media/E68E16A652D34EADA2BFDCD9668B1C8F.ashx.

[14] *See* GLSEN Model District Policy on Transgender and Gender Nonconforming Students; Massachusetts Dep't of Educ. Guidance; Trans Student Educational Resources – Definitions; GLAAD Media Reference Guide – Transgender Issues.

Bisexual peers, both nationally and in New York State.[15] In one 2013 national survey, 74.1% of LGBT students reported having been verbally harassed in the previous year, 36.2% physically harassed, and 16.5% physically assaulted.[16] These high rates of bullying correspond to adverse health and educational consequences. Transgender and GNC experienced higher rates of verbal harassment and were twice as likely to report feeling unsafe at school than their cisgender peers.[17] A different national survey, also conducted in 2011, found that 51% of respondents who were harassed or bullied in school reported attempting suicide, compared to 1.6% of the general population.[18] Students also suffered harassment so severe that it led almost one-sixth (15%) to leave a school in K-12 settings or in higher education.[19] Moreover, LGBTQ students who are bullied and harassed are more likely to miss days of school, feel excluded from the school community, and have lower academic achievement and stunted educational aspirations.[20]

Both DASA, including its implementing regulations and guidance, and this guidance document reflect the reality that transgender and GNC students are enrolled in New York's public schools. These students, because of the possibility of misunderstanding and lack of knowledge about their lives, may be at a higher risk for peer ostracism, victimization, and bullying. Educators play an essential role in advocating for the well-being of students and creating a supportive school culture.

**Understanding Gender Identity**

Transgender youth are those whose assigned birth sex does not match their internalized sense of their gender (their "gender-related identity"), and GNC youth are those whose gender-related identity does not meet the stereotypically expected norms associated with their assigned sex at birth.[21] A transgender boy, for example, is a youth who identifies as male, but was assigned the sex of female at birth.[22] A transgender girl is a youth who identifies as female, but was assigned the sex of male at birth.[23] GNC youth vary in the ways in which they identify as male, female, some combination of both, or neither.[24]

The person best situated to determine a student's gender identity is the individual student. In the case of very young students not yet able to advocate for themselves, the request to respect and

---

[15] GLSEN (Gay, Lesbian, Straight Education Network), *School Climate in New York (State Snapshot)*, 2 (2013), *available at* http://glsen.org/learn/research/local/state-snapshots (finding the majority of New York K-12 students surveyed reported being verbally harassed based on their gender identity/expression and/or sexual orientation).

[16] GLSEN, *2013 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual and Transgender Youth in Our Nation's Schools*, xvii (2014), *available at* http://www.glsen.org/sites/default/files/2013%20National%20School%20Climate%20Survey%20Full%20Report_0.pdf [hereinafter "National School Climate Survey"].

[17] *National School Climate Survey*, *supra* note 16 at 88-90.

[18] Jaime M. Grant, et al., National Center for Transgender Equality and National Gay and Lesbian Task Force, *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey*, 3, 45 (2011), http://www.thetaskforce.org/downloads/reports/reports/ntds_full.pdf

[19] *Id.* at 3.

[20] *National School Climate Survey*, *supra* note 16, at 12, 24, 42, 47, 49, 52, 67.

[21] *See* GLSEN Model District Policy on Transgender and Gender Nonconforming Students; Massachusetts Dep't of Educ. Guidance; Trans Student Educational Resources – Definitions; GLAAD Media Reference Guide – Transgender Issues.

[22] *See id.*

[23] *See id.*

[24] *See id.*

affirm a student's identity will likely come from the student's parent or guardian.[25] One's gender identity is an innate, largely inflexible characteristic of each individual's personality that is generally established by age four, although the age at which individuals come to understand and express their gender identity may vary based on each person's social and familial development.[26]

Schools should work closely with the student and family in devising an appropriate plan regarding the confidentiality of the student's transgender status. In some cases, transgender students may feel more supported and safe if other students are aware that they are transgender. In these cases, school staff should work closely with the student, families, and other staff members on a plan to inform and educate the student's peers. It may also be appropriate to engage with community resources to assist with educational efforts. However, in other cases, transgender students do not want their parents to know about their transgender status. These situations must be addressed on a case-by-case basis and will require schools to balance the goal of supporting the student with the requirement that parents be kept informed about their children. The paramount consideration in those situations is the health and safety of the student and making sure that the student's gender identity is affirmed in a manner in which the level of privacy and confidentiality is maintained necessary to protect the student's safety.

> ***EXAMPLE:***
> *The parents of a pre-school-age child who was assigned "female" at birth noted throughout the child's early years that their child identified as a boy. For as long as the parents could remember, the child preferred to play with boys rather than girls, wanted a short haircut, rejected wearing any clothing that the child identified as "something a girl would wear," and ignored anyone who called him by his stereotypically feminine name. When it was time for the child to enter kindergarten, the child said to his parents, "You have to tell them when I go to kindergarten that I'm a boy."*

It is recommended that schools accept a student's assertion of his/her/their own gender identity. A student who says she is a girl and wishes to be regarded that way throughout the school day should be respected and treated like any other girl. So too with a student who says he is a boy and wishes to be regarded that way throughout the school day. Such a student should be respected and treated like any other boy.

Many transgender people experience discrimination and some experience violence due to their status. Some environments may feel safe and inclusive, and others less so, challenging a person's ability to live consistently with one gender identity in all aspects of life. For example, it is possible that a student assigned "male" at birth, with a female gender identity, who lives as a girl, is not able to express her female gender identity all the time.

---

[25] When used in this document, the term "parent" refers to parent as well as legal guardian.

[26] *See* Gerald P. Mallon, "Practice with Transgendered Children," in *Social Services with Transgendered Youth*, 49, 55-58 (Gerald P. Mallon ed., 1999). *See also* Stephanie Brill & Rachel Pepper, "Developmental Stages and the Transgender Child," in *The Transgender Child*, 61-64.

***EXAMPLE:***
*In one case, a transgender female student agreed to present as a boy when visiting relatives until the student's parents could explain the student's transgender identity to them. The fact that the student did not exclusively assert her female identity did not alter the fact that she had a female gender identity.*

Confirmation of a student's asserted gender identity is usually as simple as a statement from the student; it may also include a letter from an adult familiar with the student's situation, such as a parent, health care provider, school staff member familiar with the student (a teacher, guidance counselor, or school psychologist, among others), or other family members or friends. A letter from a social worker, doctor, nurse practitioner, or other health care provider stating that a student is being provided medical care or treatment relating to her/his/their gender identity is another form of confirmation of an asserted gender identity. Similarly, a letter from a clergy member, coach, family friend, or relative stating that the student has asked to be treated consistent with her/his/their asserted gender identity, or photographs at public events or family gatherings are other potential forms of confirmation. These examples are intended to be illustrative rather than comprehensive, and in most cases nothing beyond a statement from the student should be required. Transgender and GNC students form a diverse community, and they may differ in how they present, including differences in factors like their comfort level with being known as transgender or GNC, their transition status, their age, and their gender expression. Schools and districts should adopt a flexible approach in this area given that transgender students may not feel comfortable or safe being their authentic selves in all contexts.

***EXAMPLE:***
*In one middle school, a student explained to her guidance counselor that she was a transgender girl who had heretofore only been able to express her female gender identity while at home. The stress associated with having to hide her female gender identity by presenting as male at school was having a negative impact on her mental health, as well as on her academic performance. The student and her parents asked if it would be okay if she expressed her female gender identity at school. The guidance counselor responded favorably to the request. The fact that the student presented no documentation to support her gender identity was not a concern since the school had no reason to believe the request was based on anything other than a sincerely held belief that she had a female gender identity.*

**Gender Transition**
Many, though not all, transgender youth undergo the experience of gender transition. The term "gender transition" describes the experience by which a person socially and/or physically aligns their gender expression more closely to their true gender identity, and away from that associated with their assigned sex at birth. For most youth, and for all young children, the experience of gender transition is focused solely on "social transition," whereby they begin to live as the gender consistent with their gender-related identity.[27] Transgender youth who are in the process

[27] *See, e.g.*, World Professional Association for Transgender Health (WPATH), Standards of Care 7, at 17 ("Social Transition in Early Childhood"), *available at* http://www.wpath.org/uploaded_files/140/files/Standards%20of%20Care,%20V7%20Full%20Book.pdf.

of social gender transition often choose a new name and gender pronouns that better reflect their gender identity, may begin to dress and style their hair in ways that better reflect their gender identity, and, as all young people do, seek social affirmation of their gender identity from peers and other important figures in their lives. Some transgender youth who are close to reaching puberty, or after commencing puberty, may complement social transition with medical intervention that may include hormone suppressants, cross-gender hormone therapy, and, for a small number of young people, a range of gender-confirming surgeries.[28] An individual's decision about whether and how to undergo gender transition is personal and it will depend on the unique circumstances of each student. There is no threshold medical or mental health diagnosis or treatment requirement that any student must meet in order to have his/her/their gender identity recognized and respected by a school.[29]

Some transgender and GNC students have not talked to their families about their gender identity for reasons including safety concerns or a lack of acceptance.[30] School personnel should speak with the student first before discussing a student's gender nonconformity or transgender status with the student's parent or guardian. For the same reasons, school personnel should discuss with the student how the school should refer to the student, e.g., appropriate pronoun use, in written communication to the student's parent or guardian.[31]

## Common Areas of Concern Relating to Transgender Students

### 1: Names and Pronouns

The matter of determining which name and pronoun to use in referring to a transgender student may be one of the first that schools must address in their efforts to create an environment in which that student feels safe and supported. Transgender students often choose to change the name assigned to them at birth to a name that is associated with their gender identity. As with most other issues involved with creating a safe and supportive environment for transgender students, the best course is to engage the student, and possibly the parent, with respect to name and pronoun use, and agree on a plan to reflect the individual needs of each student to initiate that name and pronoun use within the school. The plan also could include when and how this is communicated to students and their parents.

For those students who have been attending a school and undergo gender transition while attending the same school, it is important to develop a plan for initiating use of the chosen name and pronouns consistent with the student's gender identity.

***EXAMPLE:***
*In one situation where a transgender girl was entering high school, she and her parent*

---

[28] *See id.* at 18-21 ("Physical Interventions for Adolescents").
[29] *See id.*; *see also* GLSEN Model District Policy on Transgender and Gender Nonconforming Students, at 2 (*Medical Considerations and Identity Documents*).
[30] Jaime M. Grant, et al., National Center for Transgender Equality and National Gay and Lesbian Task Force, *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey* (2011), at 88 (53% of transgender people surveyed had experienced family rejection, and 19% experienced domestic violence by a family member because they were transgender), http://www.thetaskforce.org/downloads/reports/reports/ntds_full.pdf.
[31] *See id.*

*asked the principal to inform her teachers that even though her school records indicate that her name is John, she goes by the name Jane and uses female pronouns. With permission from Jane, the school principal sent the following memorandum to the student's classroom teachers: "The student John Smith wishes to be referred to by the name Jane Smith, a name that is consistent with the student's female gender identity. Please be certain to use the student's preferred name in all contexts, as well as the feminine pronouns. It is my expectation that students will similarly refer to the student by her chosen name and preferred pronouns. Your role modeling will help make a smooth transition for all concerned. Continued, repeated, and intentional misuse of names and pronouns may erode the educational environment for Jane. If you need any assistance to make sure that Jane Smith experiences a safe, nondiscriminatory classroom atmosphere, please contact me."*

**2: Privacy, Confidentiality, and Student Records**

New York State Education Law § 2-d prohibits the unauthorized release of a student's personally identifiable information, including but not limited to the student's name, indirect identifiers, and other information that alone or in combination is linked or linkable to a specific student that would allow a reasonable person in the school community to identify the student.[32] The federal Family Educational Rights and Privacy Act (FERPA)[33] also protects the privacy of student educational records and places restrictions on the release of students' personally identifiable information. For specific inquiries regarding what constitutes the unauthorized release of a student's personally identifiable information, school districts should consult their attorneys. For more information on student privacy, in general, see NYSED's Parents' Bill of Rights for Data Privacy and Security at http://www.p12.nysed.gov/docs/parents-bill-of-rights.pdf.

Within the school and school district, when a transgender or GNC student new to a school is using a chosen name, the birth name should be kept confidential by school and district staff. School districts are reminded that, while disclosure of personally identifiable information from a student's education record to other school officials, including teachers, within the district whom the district has determined to have legitimate educational interests may be permissible under FERPA, the district must, among other things, use reasonable methods to ensure that school officials obtain access to only those education records in which they have legitimate educational interests.[34]

Generally, records with the student's birth name should be kept in a separate, confidential file. If the student has previously been known at school or in school records by his/her/their birth name, the principal should direct school personnel to use the student's chosen name and not the student's birth name. To ensure consistency among teachers, school administrators, substitute teachers and other staff, every effort should be made to immediately update student education records (for example, attendance records, transcripts, Individualized Education Programs, etc.) with the student's chosen name and appropriate gender markers and not circulate records with the student's birth name. A school's failure or refusal to amend such records could, for example,

[32] N.Y. EDUC. LAW § 2-d.
[33] 20 U.S.C. 1232g; 34 C.F.R. Part 99.
[34] 34 C.F.R. § 99.31(a)(1).

lead to delays in the student's receipt of appropriate services or create problems related to the award of appropriate high school course credit, thereby imperiling a student's ability to graduate with his or her class.

With respect to student medical records, school nurses and other licensed professionals need accurate and reliable information to confirm a student's identity in order to ensure that the student receives appropriate care and to enable them to coordinate care with other health care providers or licensed professionals, as well as to file health insurance claims with other organizations, such as Medicaid. Nurses are legally required to maintain patient records that accurately document clinical information relating to their patients and must keep their patients' health records confidential.[35] In the case of a transgender student, a school nurse should use the student's chosen name, and should use the student's birth name only when necessary to ensure that the student receives appropriate care and to enable the school nurse to coordinate care for the student with other health care providers or licensed professionals, as well as to file health insurance claims. For more information on the maintenance and confidentiality of student medical records, please contact the New York State Education Department Office of Student Support Services or the New York State Statewide School Health Services Center.

> ***EXAMPLE:***
> *One school administrator dealt with information in the student's file by starting a new file with the student's chosen name, entered previous academic records under the student's chosen name, and created a separate, confidential folder that contained the student's past information and birth name.*

**3: Gender-Based Activities, Rules, Policies, and Practices**

Gender-based policies, rules, and practices can have the effect of marginalizing, stigmatizing, stereotyping and excluding students, whether they are transgender or GNC or not. For these reasons, school districts should consult with their attorneys to review such policies, rules and practices, and should eliminate any that do not serve a clear pedagogical purpose.

> ***EXAMPLE:***
> *One school that previously had blue graduation gowns for boys and white ones for girls switched to blue gowns for all graduates. The school also changed its gender-based dress code for the National Honor Society ceremony, which had required girls to wear dresses.*

School districts, as well as students and their families, may find the use of restrooms, changing facilities, and participation in extracurricular activities to be among the more important issues in this area. The United States Departments of Education and Justice have stated that:

> [u]nder Title IX, discrimination based on a person's gender identity, a person's transgender status, or a person's nonconformity to sex stereotypes constitutes discrimination based on sex. As such, **prohibiting a student from accessing the restrooms that match his gender identity is prohibited sex discrimination under**

---

[35] See 8 NYCRR §29.1(b)(8), 29.2(a)(3).

**Title IX**. There is a public interest in ensuring that all students, including transgender students, have the opportunity to learn in an environment free of sex discrimination (emphasis added). [36]

Alternative accommodations, such as a single "unisex" bathroom or private changing space, should be made available to students who request them, **but should never be forced upon students**, nor presented as the only option. The following are examples of ways in which school officials have responded to situations involving gender-segregated activities or spaces:

***EXAMPLES:***

*In one elementary school, a transgender second-grader socially transitioned from female to male. After consultation with the student's family and in accordance with the student's wishes, the principal informed the staff: In order to foster an inclusive and supportive learning environment, the student will begin using male restrooms, in accordance with the student's male gender identity and expression.*

*In one high school, a transgender female student was given access to the female changing facility, but the student was uncomfortable using the female changing facility with other female students because there were no private changing areas within the facility. The principal examined the changing facility and determined that curtains could easily be put up along one side of a row of benches near the group lockers, providing private changing areas for any students who wished to use them. After the school put up the curtains, the student was comfortable using the changing facility.*

---

[36] Statement of Interest of the United States, *Grimm v. Gloucester County School Board*, Case No. 4:15cv54 (E.D. Virg. filed June 29, 2015), at 1, *available at* https://www.aclu.org/sites/default/files/field_document/stmtinterestunitedstatesecf28_redacted.pdf; *See also* Statement of Interest of the United States, *Tooley v. Van Buren Public Schools*, Case No. 2:14-cv-13466 (E.D. Mich. filed Sept. 5, 2014), at 18, *available at* http://blogs.edweek.org/edweek/rulesforengagement/Tooley%20SOI%20-%202-24-15.pdf; U.S. Dep't. of Ed. Office for Civil Rights: *Title IX and Single-Sex Elementary and Secondary Classes and Extracurricular Activities*, 25 (Dec. 1, 2014) (schools "generally must treat transgender students consistent with their gender identity"), *available at* http://www2.ed.gov/about/offices/list/ocr/docs/faqs-title-ix-single-sex-201412.pdf; *Downey Unified School District Resolution Agreement*, 1-3 (Oct. 8, 2014) (mandating "access to sex-designated facilities for female students at school, and at all District-sponsored activities, including overnight events, try-outs and participation in extracurricular activities on and off campus, consistent with her gender identity" for a transgender student), *available at* http://www2.ed.gov/documents/press-releases/downey-school-district-agreement.pdf; *Questions and Answers on Title IX and Sexual Violence*, (April 29, 2014), *available at* http://www2.ed.gov/about/offices/list/ocr/docs/qa-201404-title-ix.pdf; *Arcadia Unified School District Resolution Agreement*, 3 (July 24, 2013) (mandating "access to sex-specific facilities designated for male students at school consistent with his gender identity" for transgender student), *available at* http://www.justice.gov/crt/about/edu/documents/arcadiaagree.pdf; "Dear Colleague" Letter of Russlynn Ali, Ass't Sec'y for Civil Rights, 7 (Oct. 26, 2010), *available at* http://www2.ed.gov/about/offices/list/ocr/letters/colleague-201010.pdf; *see also Lusardi v. McHugh et al.*, E.E.O.C. Appeal No. 0120133395 (April 1, 2015), at 8-11 (in the analogous context of Title VII sex discrimination, barring a transgender woman from the communal women's room was "direct evidence of discrimination on the basis of sex," since "where . . . a transgender female has notified her employer that she has begun living and working full-time as a woman, the agency must allow her access to the women's restrooms," and "supervisory or co-worker confusion or anxiety cannot justify discriminatory terms and conditions of employment"), *available at* http://transgenderlawcenter.org/archives/11521.

Similarly, physical education is a required part of the curriculum and an important part of many students' lives. Most physical education classes in New York's schools are coed, so the gender identity of students should not be an issue with respect to these classes. Where there are sex-segregated classes, students should be allowed to participate in a manner consistent with their gender identity.

**Resources, Education, and Training for School Districts and Communities**
The New York State Education Department continues to be committed to providing all public school students with an environment free from discrimination and harassment, to fostering civility in public schools, and to ensuring that every student has equal access to educational programs and activities. In order to ensure that all students–including transgender and GNC students–are provided with an environment free from discrimination and harassment and to foster civility in the school community, school districts are encouraged to provide this guidance document and other resources, such as trainings and information sessions, to the school community including, but not limited to, parents, students, staff and residents. Such efforts will help to ensure that the school community understands the importance of a safe and supportive school environment for all students and how community members can play an active role in fostering such an environment. Schools should refer to existing New York State Education Department Guidance for expanded resources for fostering an inclusive school community.[37]

As with other efforts to promote a positive school culture, it is recommended that student leaders and school personnel, particularly school administrators, become familiar with applicable law, regulations, guidance, and related resources, and that they communicate and model respect for the gender identity of all students. We also encourage schools to continue to have an open dialogue with their school community when working together to foster an inclusive school environment.

This guidance cannot anticipate every situation in which questions may arise relating to transgender and gender non-conforming students. Therefore, the specific needs of each transgender or GNC student should be assessed and addressed on a case-by-case basis. NYSED will continue to provide assistance, support and resources as we work together to create a safe and supportive school environment for all students. For further information or questions about the content of this guidance, please contact the Student Support Services Office at (518) 486-6090.

For additional information and resources regarding transgender students in schools please see below for a small sample of available government and advocacy resources:

*New York State Education Department:*

The Dignity for All Students Act (DASA) seeks to provide the State's public elementary

[37] For an extensive resource on the implementation of DASA and information on creating an inclusive school community and fostering sensitivity to the school experience of lesbian, gay, bisexual, transgender, queer and questioning (LGBTQ) students, please see the New York State Education Department (NYSED), The Dignity Act, *A Resource and Promising Practices Guide for School Administrators & Faculty, Creating an Inclusive School Community: Sensitivity to the Experience of Specific Student Populations: LGBTQ Children*, Section II (Mar. 11, 2014), *available at* http://www.p12.nysed.gov/dignityact/rgsection2.html (defining LGBTQ as "individuals who self-identify as either lesbian, gay, bisexual, transgender, or questioning").

and secondary school students with a safe and supportive environment free from discrimination, intimidation, taunting, harassment, and bullying on school property, a school bus and/or at a school function.
http://www.p12.nysed.gov/dignityact/

*New York City Department of Education:*

Pursuant to the New York City Human Rights Law, the New York City Department of Education has issued guidance regarding transgender students within the jurisdiction of NYC DOE. While it does not apply statewide, it can be used as a reference as to what one New York district in has adopted regarding accommodations for transgender students.

http://schools.nyc.gov/RulesPolicies/TransgenderStudentGuidelines/default.htm

Examples of Guidance and Related Materials from Other States With Specific Transgender Student Non-Discrimination Statutes:

*Washington:*
Prohibiting Discrimination in Washington Public Schools
http://www.k12.wa.us/Equity/pubdocs/ProhibitingDiscriminationInPublicSchools.pdf

*Connecticut:*
http://www.sde.ct.gov/sde/lib/sde/pdf/equity/title_ix/guidelines_for_schools_on_gender_identity_and_expression2012oct4.pdf

*Massachusetts:*
The Massachusetts Department of Elementary and Secondary Education,
http://www.doe.mass.edu/ssce/GenderIdentity.pdf

*California:* Arcadia USD, OCR, and DOJ Resolution Agreement: July, 2013
http://www.nclrights.org/wp-content/uploads/2013/09/Arcadia_Resolution_agreement_07.24.2013.pdf

*California:* Notification Letter to Arcadia USD from OCR/DOJ:
http://www.justice.gov/crt/about/edu/documents/arcadialetter.pdf

The Department supports the efforts of school communities to implement this guidance which is intended to be a resource for schools and districts. It includes links to websites that contain information, resources, and tools to assist schools and districts. Please evaluate each resource to determine if it is developmentally age appropriate for your school population. The State Education Department does not endorse any particular programs. The intent of this document is to provide information only. Schools, districts and BOCES should consult with their school attorneys regarding specific legal questions. Analyses of examples contained herein do not represent official determination(s) or interpretation(s) by the Department. Examples described in this guidance may be the subject of an appeal to the Commissioner of Education under section 310 of the Education Law; as a result, the information contained herein is advisory only and does not necessarily represent an official legal opinion of the Commissioner of Education or of the State Education Department.

Exhibit K

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

New York State
EDUCATION DEPARTMENT
Knowledge > Skill > Opportunity

DR. BETTY A. ROSA

Commissioner of Education
President of the University of the State of New York

## Joint Statement of the Office of the Attorney General and the State Education Department Regarding Transgender Students' Rights

Our offices have received numerous inquiries from school district officials and organizations regarding the application of Executive Order (EO) 14190 of January 29, 2025 and 14201 of February 5, 2025 purporting to restrict K-12 schools from supporting transgender students' social transition and their access to athletics. We write to inform you that these EOs do not affect the rights of transgender students and individuals in New York's public schools.

The EOs restrict the meaning of "sex" in Title IX to exclude gender identity. The President cannot do that unilaterally. This would require an act of Congress—or, at minimum, notice-and-comment rulemaking. As previously observed by the State Education Department, these presidential statements of policy are legally ineffective.

Additionally, State law continues to offer robust protections for transgender students, including the right to use facilities (such as restrooms and locker rooms) and to participate on athletic teams that align with their gender identity. Unlawful discrimination against transgender students includes asking questions about their gender identity and assigned sex at birth and refusing to use their requested name or pronouns. Notably, a federal court decision identified in the February 5, 2025 EO explicitly recognized, in enjoining a 2024 regulation, that the injunction did not "limit[] the ability of any school to ... otherwise comply with applicable state or local laws or rules regarding" transgender students.

We understand that presidential threats to withhold funding are intimidating. But they are also beyond the President's authority. "[T]he Attorney General cannot pursue the policy objectives of the executive branch through the power of the purse or the arm of local law enforcement" (*City of Chicago v. Barr*, 961 F3d 882, 887 [7th Cir 2020]). The President, in other words, may not arrogate to himself the power of Congress or otherwise circumvent appropriate legal process.

Our offices are committed to upholding the Gender Expression Non-Discrimination Act (GENDA), an "act pertaining to common schools" (Education Law § 306 [1]). School districts must continue to follow State law, and the State Education Department and Office of the Attorney General stand behind districts and educators who uphold our State's commitment to equal educational opportunities for all students.